IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

MARTIN MARTINEZ, §
Plaintiff, §
§
v. § Civil Action No. 4:25-CV-00331-SDJ-AGD
§
WALMART ASSOCIATES, INC., et al. §
Defendants. §



PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Martin Martinez ("Plaintiff"), proceeding pro se, respectfully files this Motion for Sanctions for Spoliation of Evidence against Walmart Associates, Inc. ("Walmart") and shows the Court as follows:

I. INTRODUCTION
This motion seeks sanctions arising from Walmart's failure to preserve key evidence—specifically, surveillance video and related records from March 24–25, 2024—despite its clear duty to do so.

II. DUTY TO PRESERVE
Plaintiff reported assault and retaliation internally on March 24, 2024. Shortly thereafter, the Texas Workforce Commission ("TWC") opened an investigation into Plaintiff's claims. At that time, Walmart was under an unequivocal duty to preserve all relevant evidence, including surveillance video and HR records related to Plaintiff's complaints.

In addition, Plaintiff also contacted law enforcement, emailing the Sanger Police Department and filing a sworn written statement (see Exhibit 3). These actions provided further notice that litigation or proceedings were reasonably foreseeable.

III. THE DESTROYED EVIDENCE
The most critical evidence is surveillance footage from March 24–25, 2024, when Plaintiff was assaulted and subsequently reassigned from forklift duty. Plaintiff also sought HR and disciplinary records connected to the incident. On July 24, 2025, defense counsel admitted these records and video are "unavailable" (see Exhibit 1).

IV. PREJUDICE TO PLAINTIFF
The lost evidence would have directly corroborated Plaintiff's account of assault, retaliation, and hostile work environment. Its destruction leaves Plaintiff at a severe disadvantage while allowing Walmart to benefit from its own failure to preserve evidence. Plaintiff has no alternative means to prove these facts with equal weight.

V. REQUESTED RELIEF
Plaintiff respectfully requests that this Court impose appropriate sanctions against Walmart, including:

1. An adverse inference jury instruction permitting the jury to infer that the missing video and records would have been unfavorable to Walmart;

2. Monetary sanctions, including costs associated with this motion; and
3. Any other relief this Court deems just and proper.

## VI. CONCLUSION

For the reasons set forth above, Plaintiff respectfully requests that this Motion for Sanctions for Spoliation of Evidence be granted.

Respectfully submitted,

/s/ Martin Martinez
Martin Martinez, Plaintiff Pro Se
2212 Timberwood
Carrollton, TX 75006
Tel: 469-724-2000
Email: martinmtz92@yahoo.com

DATED: September 22, 2025

### CERTIFICATE OF CONFERENCE

Plaintiff attempted in good faith to confer with counsel for Defendants regarding the relief sought herein. No agreement was reached, necessitating this Motion.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on September 22, 2025, via ECF and certified mail.

/s/ Martin Martinez
Martin Martinez, Plaintiff Pro Se

### EXHIBIT INDEX

Exhibit 1 – Walmart's Denial of Evidence (July 24, 2025 admission of unavailable video/records)
Exhibit 2 – Texas Workforce Commission (TWC) Investigation Documents
Exhibit 3 – Plaintiff's Communications with Sanger Police Department (email + written report)
Exhibit 4 – Plaintiff's Internal Email Correspondence with Walmart (Global Ethics, Ashley Bookhout, HR)