IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

MARTIN MARTINEZ, §
Plaintiff, §
§
v. § Civil Action No. 4:25-CV-00331-SDJ-AGD
§
WALMART ASSOCIATES, INC., et al. §
Defendants. §

[PROPOSED] ORDER

On this day, the Court considered Plaintiff's Motion for Sanctions for Spoliation of Evidence. Having reviewed the motion, the exhibits, and the applicable law, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Walmart Associates, Inc. failed to preserve relevant evidence, including surveillance video and related records from March 24–25, 2024, despite a clear duty to do so.

IT IS FURTHER ORDERED that as a sanction for spoliation, the jury shall be instructed that Walmart's destruction of evidence permits an inference that the missing evidence would have been unfavorable to Walmart.

IT IS FURTHER ORDERED that the Court may impose additional sanctions, including monetary sanctions and costs, as appropriate.

SO ORDERED.

_____
HON. SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE