| | |
|---|---|
| Subject | Martinez v. Walmart; Joint Rule 26(f) Report Requirement - Order on July 22, 2025 |
| To: | [martin martinez <martinmtz92@yahoo.com>] |
| From | Nancy L. Waters <nwaters@gpd.com> |
| Cc: | [Emp. Law - NLW Calendar <Emp.Law-NLWCalendar@gpd.com>] |
| | Thu, Jul 24, 2025 at 7:34 AM |

Mr. Martinez,

Please let me know when you retain Counsel. However, until that time, you have still not provided me with the specific information to incorporate on your behalf into the Joint Report. If I don't receive your information that is required to be incorporated in the Joint Report by July 29, 2025, I will have no option but to notify the Court that you are failing to comply with the Order.

I have reviewed your draft Motion for Sanctions, and it appears that you have matters <u>unrelated</u> to the requirements of Federal Rule 26 that you want to address with the Court. Please address those issues directly to the Court.

Regarding the video surveillance you state that you are seeking, I will conduct a diligent search for any responsive video recordings and respond in accordance with the Federal Rules.

At this time, I <u>**only**</u> need your sections of the Joint Report so that we can comply with the Court's Order and submit the report jointly.

**Nancy L. Waters, Esq.**

*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**

16475 Dallas Parkway

Suite 400

Addison, Texas  75001-6837

972-349-2283 - Direct

972-931-9901 - Main

972-931-9208 - Fax



**GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

4:25-CV-00331-SDJ-AGD         Exhibit 1                                Page 4

**Subject:** RE: Surveillance recording
**To:** [martin martinez <martinmtz92@yahoo.com>]
**From:** Nancy L. Waters <nwaters@gpd.com>
**Date:** Mon, Sep 8, 2025 at 12:08 PM

Mr. Martinez,

In response to your request, my client has conducted a diligent search and has been unable to locate surveillance footage that would be relevant to your alleged incident with Kendrick Day.

Thank you,

Nancy

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, September 8, 2025 11:36 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Surveillance recording

Can I get confirmation of the evidencie availability of the previous asked surveillance recording.

My deposition will be focused on the recordings it's availability is crucial.

It's absence while pushing for the maximum time length does not make sense , if your client can't be trusted with evidence why wait two years for conclusion?

Additionally your client has promoted numerous problems . A further delay without probable cause will be viewed as aiding in criminal activity .

Sent from Yahoo Mail for iPhone