UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 901010
FORT WORTH TX 76101-2010

## DETERMINATION ON PAYMENT OF UNEMPLOYMENT BENEFITS
Date Mailed: April 30, 2024

MARTIN MARTINEZ
2212 TIMBERWOOD
CARROLLTON TX 75006-1908

Social Security Number: XXX-XX-8023
Employer: WAL-MART ASSOCIATES
As:
Employer Account No: 06-442047-0
All dates are shown in month-day-year order.

### Decision
**Issue:** Separation from Work
**Decision:** We can pay you benefits, if you meet all other weekly requirements such as being able, available, and actively searching for work.
**Reason for Decision:** Our investigation found your employer fired you because of absences from work that were due to reasons beyond your control. This is not considered misconduct connected with the work.
**Law Reference:** Section 207.044 of the Texas Unemployment Compensation Act.

#### Understanding your Decision
If you receive a decision that says, "we cannot pay you benefits," it means there is a problem with your claim EVEN IF you have received other decisions for the same period that say, "we can pay you benefits." If even one decision for the same period says we cannot pay, you will not receive an unemployment payment for that period.

**To resolve issues on decisions you receive:**
1. Follow instructions on the notice(s); call the Tele-Center at 800-939-6631 if you have questions;
2. If the instructions tell you to "Report," call the Tele-Center at once;
3. If you disagree with a decision, file an appeal. Appeal each decision separately by the appeal deadline. If you fax your appeal, keep a confirmation sheet.

Your employer can appeal TWC's decision to pay benefits. TWC will notify you of any appeal hearing. If you do not participate, you may lose your benefits and have to repay benefits you received.

### Determination of Potential Chargeback for the Employer
We will charge your former employer's account if we pay you benefits.

### If You Disagree with this Decision
If you disagree with this decision, you may appeal. Submit your appeal by mail, fax, online, or in person at any Texas Workforce Solutions office, on or before 05-14-24.

TWC will use the postmark date, or the date we receive the fax or online form, to determine whether you submitted your appeal on time. If you appeal by fax, you should keep your fax confirmation as proof you sent it. Please include a copy of this determination notice with your appeals correspondence.

If you receive multiple determination notices, you must appeal each determination separately.

Mail the appeal to:

You may appeal by submitting TWC's online appeal form. Go to www.texasworkforce.org/uiappeal

Appeal Tribunal
Texas Workforce Commission
101 E. 15th Street
Austin, TX 78778-0002
Or fax to (512) 475-1135

Case No.: 3
Claim ID.: 03-31-24
Claim Date: 03-31-24
HEARING IMPAIRED CLIENTS
CALL 711 for RELAY TEXAS

**Please See Reverse For How To File An Appeal.**
BD300E 02/28/2018