**Subject:** sams clubs disturbution -Battery
**To:** [police@sangertexas.org <police@sangertexas.org>]
**From:** martin martinez <martinmtz92@yahoo.com>
**Date:** Wed, Apr 17, 2024 at 3:43 PM

Hello,
My name is Martin Martinez, former Sams club associate at 2122 N Stemmons.
I was recently involved in an incident (March 24 ,2024) in which another associate assaulted me , slapped me across my face. I have been struggle on finding the correct method of approach this situation and would see what options I had to gain or force conservation of servailence footage. Im worried that after a time period it will be overwritten automatically.
I know exactly when and where the event took place .

I appreciate any help,
Thank you for your service to the community!


Yahoo Mail: Search, Organize, Conque

Exhibit 3

Sanger, Texas

Event/ Incident Number _____

Name Martin Martinez  DOB 01/02/1992  Age 32  State TX  Race Latino  Sex M  Ethnicity _____
Height 5'8  Weight 200  Hair Brow  Eyes Brow  DL/ID Number 34359330  State TX  SSN 230638023
Address 2212 Timberwood  City Carrollton  State TX  Zip 75006  City/State of Birth Manasses
Cell Number 469-610-6862  Email martinmtz92@yahoo.com
Employer/Address/Phone 2122 N Stemmons, Sanger Tx APD

I have been asked to give a statement to Lt. R Reflogal of the Sanger Police Department concerning an assault that took place on the day of March 24 at 9:30 AM at the address/location of 2122 N Stemmons, Sanger Tx.

Another ordinary day of work. An associate known to have various attempts on disrupting flow of work, Kendrick Day would commit an error. It was common for him to mix up freight. The increase in managers pressure on productivity was falling on everyone. I would end up sacrificing my breakfast to locate the lost freight. Bothered by the frequent issues with no changes, I would not correct but instead report to management. It was not my responsibility. Kendrick would return from break and have a long conversation with Fabian (Perez) in front of the lost freight. I was bothered by his relaxed, no pressure on time. However I did not mention or say anything. Instead I had asked him if everything was okay. I tried to explain

I have read this statement, consisting of 3 pages and swear that all of the information contained in it is true and correct of my knowledge and recollection.

Statement given by: [signature]  Date: 6/25/24  Time: 11:45
Statement taken by: [signature]  Date: 6-25-24  Time: 12:17

Page 8

4:25-CV-00331-SDJ-AGD    Exhibit 3

SANGER POLICE
ADDITIONAL STATEMENT SHEET

The reason I had confronted management on issue was because I was tired of loosing my meals over others peoples issues. That would of fallen on my responsibility, have I not located. It also had put a stop on shipping my trailer. Since pallet was no where to be seen. I would spend all break in search of. Once located I would simply check off that it was not present. Before Kendrick would search for it, or not to long into it. I would tell him where it was. He then accused me of placing the pallet there. I told him to request camera film. Fabian Perez a mutual friend was present amongst conversation. Things would escalate when I did not think Kendrick would of been so bothered, since management never enforced anything on him (anyone except me for most) He would state to get out his way or he would smack me. Raising his hand, now I was confused on level of seriousness from Kendrick. Before I could understand I would be picking up my glass from the floor, with a red left cheek face. I would not say anything, and return to work. I had felt a burning face and my glass were bent, but I had managed to hold my posture, and would hope for an apology. I had asked three friends on what to do, how to confront issue.

...ve read this statement, consisting of 3 pages, and swear that all of the information contained in it is true and co...
...ay knowledge and recollection.

ement given by: _____   Date: 6/25/24  time: 11:4_
ement taken by: _____   Date: 6-25-24  Time: 12:1_

Exhibit 3

9

SHER POLICE DEPARTMENT                Event/Incident Number _____
                                                              Page 3 of 3
OFFICIAL STATEMENT SHEET

Richard Walker, John A, and the custodian I forgot the name were the three I asked for advice. One even stated to go straight to HR, and avoid management. I would finish my work before confronting my manager- Tom Roush on what had happened. ~~H argue~~ Our relationship was not the best, and he had tendency to make things worse. So I had decided to finish my task before telling him, and was waiting or wait for an apology. When I told Tom what had happened around 3 pm. I had also skipped lunch because of discomfort, I would eat a snack on forklift.

To my surprise Tom had already known. I was bothered by the fact I had to search for a way to confront an issue he was already aware of. He quickly tries to gear his logic on my late reportings. I had told him I was not comfortable on how to go about issue, knowing Kendra was more favored, and I was the most hated. ~~P~~ Tom mentioned someone had reported the event earlier that day. I assume it was the third person ~~in our conversation~~ ~~passed us~~ It happened in front of door 630. I'm a high traffic zone. ~~Both reported~~

I have read this statement, consisting of 3 pages, and swear that all of the information contained in it is true
to the best of my knowledge and recollection.

Statement given by: Ms. Mdn _____ Signature _____  Date 6/25/24

Statement taken by: _____ Signature _____  Date 6/25/24  12:17