

**Subject**    RE: EXT: former employee

**To:**    [martin martinez <martinmtz92@yahoo.com>]

**From**    Ashley Bookhout - albookh <Ashley.Bookhout@samsclub.com>

**Date:**    Tue, Mar 26, 2024 at 2:46 PM

I ⌐hly recommend getting in contact with Steve Russell for this to be documented correctly. He can be reached at 830-620-3532. That is the direct line to his office.

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Tuesday, March 26, 2024 2:39 PM
**To:** Ashley Bookhout - albookh <Ashley.Bookhout@samsclub.com>
**Subject:** EXT: former employee

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

I understand and feel its best regardless of the issues.  Just need some advice.  First do i stop going in to work? I have long dreaded the walk of shame. and second would i be able to apply for unemployment?

(5.5 points)

Im not sure if you were aware of me getting assaulted at work the day prior to being  sent to cleaning duty. As well ⌐he hitting record high productivity Saturday due to an anonymous request for productivity transparency.

If it is possible to speak about the assault that took place. You might not be aware but I'm a shy  person and I feel great discomfort talking about it.  I do not have faith in Tom he even failed  to notify Marijo about the situation.

I was narrowing down on my productivity concerns. Resulting in an increase of  in tension.  The only solution I had was denied when i had attempted to hard transfer.

I didnt reach out beforehand becsuse I didn't wsnt to continue asking for favors.  Both you and Steve had done sufficient and ive seen it with my friends before anyone  that helps me is frowned upon.

Mail: Search, Organize, Conquer

Subject    Walmart ^_Ethics^_ Concern WMT241203432

From    Walmart@ServiceNow <walmart@service-now.com>

To:    <martinmtz92@yahoo.com>

Date    Apr 25 at 4:37 PM



Dear Martin Martinez,

Thank you again for contacting Walmart Ethics. Ou records indicate you have filed a separate report concerning this matter. Please be advised that this record WMT241203432 will be closed. Regarding your report of being slapped in 3/24 we have crea ticket WMT250415028. You may continue to communicate with Ethics regarding the progress c your report by referencing WMT250415028.

Walmart does not tolerate retaliation against someone for reporting concerns. If you believe thi you experienced retaliation for reporting your ethi concern, please tell us.

Thank you for allowing us to look into this situatio

Ref:MSG0940561_LSJxa6mipzNBwSQR3pUE

Subject    Walmart ^_Ethics^_ Case WMT250415028 Update

From    Walmart@ServiceNow <walmart@service-now.com>

To:    <martinmtz92@yahoo.com>

Date    Apr 29 at 10:29 AM



Dear Martin Martinez,

Thank you again for contacting Walmart Ethics. Your concern is being investigated. This process normally takes 4-6 weeks. Confidentiality in this matter is important to us, both out of respect for all parties involved and to ensure a fair and reliable investigation.

Walmart does not tolerate retaliation against someone for reporting concerns. If you believe that you experienced retaliation for reporting your ethics concern, please tell us.

Thank you for allowing us to look into this situation.

Exhibit 4

Subject    Walmart ^_Ethics^_ Case WMT250415028
           Closed .

From       Walmart@ServiceNow <walmart@service-
           now.com>

To:        <martinmtz92@yahoo.com>

Date       Apr 30 at 11:12 AM



Dear Martin Martinez,

Thank you for speaking up and allowing us to
investigate this situation. We have reviewed this
matter, and the case is now closed.

Out of respect for the individual, and to protect
privacy and confidentiality, we cannot release
specific details about the outcome. We partnered
with the business, as needed, to address these
concerns.

Walmart does not tolerate retaliation against
someone for reporting concerns. If you believe that
you experienced retaliation for reporting your ethics
concern, please tell us.

Ref:MSG0950842_IKWwdR8WJaUDardr6H5t

**Subject**    sams clubs disturbution -Battery

**From**    martin martinez <martinmtz92@yahoo.com>

**To:**    police@sangertexas.org
<police@sangertexas.org>

**Date**    Apr 17, 2024 at 3:43 PM

Hello ,
My name is Martin Martinez, former Sams club associate at
2122 N Stemmons.
I was recently involved in an incident (March 24 ,2024) in
which another associate assaulted me , slapped me across m
face. I have been struggle on finding the correct method of
approach this situation and would see what options I had to
gain or force conservation of servaillence footage. Im worried
that after a time period it will be overwritten automatically.
I know exactly when and where the event took place .

I appreciate any help,
Thank you for your service to the community!

---

<kateline.gardiner@spielbergerlawgroup.com>

**Date**    Apr 17, 2024 at 12:35 PM

Hi Martin,

Please keep in mind that we are not retained for litigation; we
are retained for a pre-suit resolution only. It is still very early on
in your case and rest assured we will do everything we can to
try to resolve your case pre-suit.. If it does get to that point,
however, it would be up to you to consult with litigation
attorneys.

Further, Now that you have retained us, we will handle the
EEOC process on your behalf if your case gets to that point so
you do not have to worry about doing the Initial EEOC interview
or inquiring with them further. With respect to the surveillance
footage, since your case is not in the litigation stage we are
unable to request this.

Regards,

Joy Serna
Legal Assistant
Spielberger Law Group
1890 W. Kennedy Blvd. Ste. 950 | Tampa, FL 33609
Tel. (800)965-1570 Ext. 128
Fax (866)580,7499
Email: joy.serna@spielbergerlawgroup.com

This correspondence may contain information that is confide
proprietary or & non-public personal information, as that term
defined in the Gramm Leach Bliley Act (collectively, Confider

---

**Subject**    Re: Fw: Initial Letter Regarding Your Claim
Filed with Sedgwick –
226942868/4A2403X585P-0001

**From**    martin martinez <martinmtz92@yahoo.com>

**To:**    <joy.serna@spielbergerlawgroup.com>

**Date**    Apr 17, 2024 at 3:20 PM

What advice do you have on securing yhd evidence? I had
imagined a little more effort from the professionals.

Yahoo Mail: Search, Organize, Conquer

coms,

Diana

---

**Subject**    Re: Fw: Initial Letter Regarding Your Claim
Filed with Sedgwick –
226942868/4A2403X585P-0001

**From**    martin martinez <martinmtz92@yahoo.com>

**To:**    <joy.serna@spielbergerlawgroup.com>

**Date**    Apr 17, 2024 at 6:06 PM

Is there any assurance the servaillence film will not be
overwritten ? with the same footage i can prove my work being
miscredited. If im forced to wait until the final stage to collect
evidence i won't have a case.

Is there a schedule of actions from spielberger-law-group
available?

Yahoo Mail: Search, Organize, Conquer

---

4:25-CV-00331-SDJ-AGD

Exhibit 4

Page15

Subject    Recordings requested multiple tines

From      martin martinez <martinmtz92@yahoo.com>

To:       ethc_replies@walmart.com
          <ethc_replies@walmart.com>

Date      Jun 1 at 1:43 AM

It was early January or late December my old building would receive a surveillance camera upgrade.

The only positive thing about getting publicly assaulted is that there are witnesses and most important recently upgraded security measures.

I had asked on the way out on requesting the footage. The front desk would emphasize to ask my hr. Which I did mention seconds before hen would terminate me. I requested them here as well as Sanger police .

The appropriate effort was taken it would be an shameful and illegal if disposed.

The clerk of courthouse stated you had received the charge but forgot to sign.

Yahoo Mail: Search, Organize, Conquer

Fabien Perez
← witness has been promoted. Less then one year associate. He is good worker but chances are slim to 0. There are may 7 plus year waiting opportunity.

Witness Promoted + No Footage = (Second slap too the face.)

4:25-CV-00331-SDJ-AGD

Exhibit 4