

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

Martin Martinez, Plaintiff
v.
Walmart Associates, Inc., et al., Defendants
Civil Action No. 4:25-cv-00331-SDJ

# MOTION TO COMPEL PRODUCTION OF UNREDACTED POLICE RECORDS

Plaintiff Martin Martinez, proceeding pro se, respectfully moves this Court for an order compelling production of unredacted police reports and recordings from December 2024. I. Background 1. On or about August 27, 2025, Plaintiff submitted a public information request to the Dallas Police Department for all police reports, call logs, and audio recordings involving Plaintiff from December 1, 2024 through December 31, 2024. 2. The Dallas Police Department acknowledged the existence of responsive materials but indicated that portions would be redacted or withheld under provisions of the Texas Government Code. A copy of the department's response is attached as Exhibit A. 3. Plaintiff is the subject and direct participant in the requested records, including audio conversations with law enforcement. Plaintiff has a substantial interest in the complete and unredacted contents, as these materials contain evidence relevant to Plaintiff's claims in this case. II. Argument 4. Under Fed. R. Civ. P. 26(b)(1), parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense. 5. The unredacted reports and recordings from December 2024 are directly relevant to Plaintiff's claims of retaliation, wrongful termination, and related issues. They contain contemporaneous statements and context that cannot be fairly evaluated if withheld or altered. 6. While the Dallas Police Department may redact certain information under state public records law, those statutory exemptions do not govern discovery in federal civil litigation. Federal discovery rules control here. See Fed. R. Civ. P. 34, 45. III. Relief Requested WHEREFORE, Plaintiff respectfully requests that this Court order the Dallas Police Department (or Defendants, if they possess the materials) to produce the full, unredacted police reports, call logs, and audio/video recordings involving Plaintiff, from December 1, 2024 through December 31, 2024. Respectfully submitted,

**Martin Martinez**
Pro Se Plaintiff
[Your Mailing Address] 2212 Timberwood St
[Your Phone Number] Carrollton TX 75006
[Your Email] 817 905 5345
Date: 9/24/25

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served a true and correct copy of the foregoing Motion to Compel, along with Exhibit A, upon counsel for Defendants, Nancy L. Waters, via electronic filing through CM/ECF (or by mail if applicable). _____