| | |
|---|---|
| Subject | Re: Police Records Request :: D018925-052125 |
| To: | [null <dallastx@govqa.us>] |
| From | martin martinez <martinmtz92@yahoo.com> |
| Date: | Wed, Aug 27, 2025 at 9:43 AM |

[Yahoo Mail: Search, Organize, Conquer](#)

On Wed, Aug 27, 2025 at 7:51 AM, DALLASTX Support <dallastx@govqa.us> wrote:

Reference
4:25-cv-00331

Collecting evidence of posible wrongful actions committed by defendent. At minimum would like the honorable Judge Sean Jordan to have access.

--- Please respond above this line ---

08/27/2025

Martin Martinez

Dear Martin Martinez:

We have received your public information request for "*All reportes starting December 2024, dated 5/21/2025*".

Please log in to the Records Center to retrieve the appropriate response.

The information you requested contains the following confidential information and/or information that is excepted from disclosure under section 552.021 of the Texas Government Code:

[ ] The home address, home telephone number, emergency contact information, social security number, and/or family member information of a public employee or official. As allowed by section 552.024 of the Texas Government Code, this public employee or official has chosen to make this personal information confidential. Under section 552.024 of the Texas Government Code, our office is prohibited by law from releasing this personal information to you, and therefore we have removed this information from the enclosed information we are providing to you.

[ ] Section 552.117: Confidentiality of Certain Addresses, Telephone Numbers, Social Security Numbers, and Personal Family Information.

The 87th Legislature passed five different bills, Senate Bills 56, 841 and 1134 and House Bills

Exhibit 1                                                                                       Page 1

1082 and 3607, amending section 552.117 of the Government Code. Section 552.117 excepts from required public disclosure.

(1) a current or former official or employee of a governmental body, except as otherwise provided by Section 552.024;

(2) a current or honorably retired peace officer as defined by Article 2.12, Code of Criminal Procedure, or a current or honorably retired security officer commissioned under Section 51.212, Education Code, regardless of whether the officer complies with Section 552.024 or 552 as applicable;

(3) a current or former employee of the Texas Department of Criminal Justice or of the predecessor in function of the department or any division of the department, regardless of whether the current or former employee complies with Section 552.1175;

[ ] A motor vehicle operator's or driver's license or permit issued by an agency of this state or another state or country; or a motor vehicle title or registration issued by an agency of this state or another state or country; or a personal identification document issued by an agency of this state or another state or country or a local agency authorized to issue an identification document. This information is confidential under section 552.130 of the Texas Government Code. Our office is prohibited by law from releasing this information to you, and therefore we have removed this information from the enclosed information we are providing to you.

[ ] Litigation Exception. This information is confidential under section 552.103 of the Texas Government Code. Our office is prohibited by law from releasing this information to you.

[ ] An e-mail address of a member of the public provided for the purpose of communicating electronically with a governmental body is confidential under section 552.137 of the Texas Government Code and has been removed pursuant to Attorney General Open Records Decision No. 684 (2009).

[ ] A credit card, debit card, charge card, or access device number that is collected, assembled, or maintained by or for a governmental body. This information is confidential under section 552.136 of the Texas Government Code. Our office is prohibited by law from releasing this information to you, and therefore we have removed this information from the enclosed information we are providing to you.

[ ] Social security numbers of living persons are excepted from the requirements of section 552.021 of the Texas Government Code. Under section 552.147 of the Texas Government. Our office is prohibited by law from releasing this information to you, and therefore we have removed this information from the enclosed information we are providing to you.

[ ] Dates of birth are excepted from disclosure under sections 552.101 and/or 552.102 of the Texas Government Code. Pursuant to a previous determination from the Office of the Attorney General, the city has removed this information from the enclosed information we are providing to you (Open Records Letter Ruling No. 2017-09757 (2017).

[ ] W-4 forms are confidential and have been removed under section 552.101 of the Texas Government Code pursuant to Attorney General Open Records Decision No. 684 (2009).

[ ] Form I-9 Employment Eligibility Certification and all attachments are confidential and

Exhibit 1    Page 2

58.008(b) applies.

[ ] Section 552.108 excepts from required public disclosure four categories of information: 1) information the release of which would interfere with the detection, investigation, or prosecution of crime or law enforcement; 2) information relating to an investigation that did not result in a conviction or deferred adjudication. 3) information relating to a threat against a peace officer or detention officer collected or disseminated under section 411.048; and 4) information that is prepared by a prosecutor in anticipation or in preparation for criminal litigation or that reflects the prosecutor's mental impressions or legal reasoning.

[ ] Requestor consents to the redaction of information that is subject to the mandatory exceptions, provided such redactions are clearly labeled on the information you receive. You were not required to agree to redaction of any information. Since you agreed to redactions in this request and the city is redacting mandatory exceptions based on consent, then you may request the redacted information in a future, new request.

[ ] Requestor consents to the redactions of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on the information you receive. You were not required to agree to the redaction of any information. Since you agree to reactions in this request and the City is redacting discretionary exceptions based on consent, then you may request the redacted information in a future, new request.

[ X ] Normally, we must request a ruling from the Texas Attorney General before we can withhold some of the information you requested. However, sections 552.136 (Account Access),
552.101 (Common Law-Confidential Information), 552.102 (Confidentiality of Certain Personnel Information), 552.137 (Confidentiality of Certain E-Mail Addresses), 159.002 (Medical Records),
552.147 (Social Security), 411.090 (Criminal History), 772.218/772 (Originating telephone numbers and addresses of 9-1-1 callers), 560.065 Transportation code (Accident Reports), 552.130 (Motor Vehicle), 552.127 (Crime Watch), 552.1085 (Confidentiality of Sensitive Crime Scene Image) allow us to withhold this specific information without requesting a ruling from the attorney general. We have also received previous determinations that allow us to withhold some of the requested information pursuant to Attorney General Open Records Decision No. 684 (2009) and Open Records Letter Ruling No. 2017-09757 (2017).

You have the right to appeal our decision to withhold some of the information from you. Instructions for appeal are at the end of this letter. If you do not want to appeal, you do not need to do anything else.

We will process the rest of your request for information in accordance with the terms of the Public Information Act.

Respectfully,

DPD - Open Records

Phone: 214-671-3148

How to appeal the withholding of information under Gov't Code sections 552.024, 552.1175, 552.130, and 552.136:

If you wish to appeal the withholding of information discussed on the previous page, you must send the following to the attorney general:

Page 3