# EXHIBIT A

**Archived:** Thursday, June 19, 2025 9:22:23 AM
**From:** Nancy L. Waters
**Sent:** Thursday, June 19, 2025 7:52:05 AM
**To:** martin martinez
**Cc:** Emp. Law - NLW Calendar
**Subject:** Martinez v. Walmart; Rule 26(f) Conference
**Sensitivity:** Normal
**Attachments:**
2025.06.13 [Dkt 13] Order Governing Proceedings.pdf

---

Mr. Martinez,

My name is Nancy Waters. I am the lead outside counsel representing Walmart with regard to the lawsuit you have filed against Walmart. To clarify our role, we have recently been assigned the matter and are just beginning our investigation to assess the allegations made in your Complaint. I was not part of the Ethics/ Sedgwick investigation or any internal decisions that were made by Walmart. However, please keep in mind that I do represent Walmart. Later in the discovery process, we will schedule your deposition which will provide you with an opportunity to answer questions about your claims.

For now, the Court has issued the attached Order Governing Proceedings which requires that we hold a Rule 26(f )conference by July 3,2025.  After that of meeting, we are then required to file a Joint Report regarding the meeting by July 17, 2025.

Since you have filed a lawsuit against Walmart and are required to comply with the Federal Rules of Civil Procedure in this matter, so I would highly recommend reviewing those rules as we start to move through this litigation. Federal Rule 26 will outline the topics we are to address in the meeting and joint report.

I am available to hold the Rule 26(f) conference via phone on Monday, June 30, 2025 at 10:00.  We can prepare the initial draft Joint Report and forward for your review in advance of the meeting.

Please confirm that date and time work for you.

Thanks,

Nancy

---

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Wednesday, June 18, 2025 9:08 PM
**To:** Nancy L. Waters <nwaters@gpd.com>; Aleena A. Bhullar <abhullar@gpd.com>; Donna Webster <dwebster@gpd.com>; Marla K. Wilson <mwilson@gpd.com>
**Subject:** Re: Martinez - Sedgewick

Im not sure how this is different from my previous communication attempts.

I followed protocol and properly informed the appropriate personnel throughout the whole experience.

Walmart has the (if not illegally destroyed) majority of the evidence .

PL000034

I haven't worn my glasses since that date and im legally blind.

If you think its ok to be slapped across the face because i am a male, that is prime example of sexist or if it involves my ethnicity then racist.
  You wouldn't tell a person experiencing domestic abuse to return home if nothing was done to help..
  I admit i would of stayed if i wasn't forced to sweep and dust doors while being the center of conversation having abuser closer then ever.
  I had planned to use my last hours of ppt in the parking lot attempting to regain my confidence in isolation. Hr office unfortunately was before the exit. When I had told them my story i realized how much i had kept hidden from my conscious.

Was there an improvement with my absence? Did management accurately distinguish the assets vs liability? Two Hispanic females being hired moments before my termination was not related to the 80% workplace law ?

My manager had told me himself when i asked about the weight limit increases working in night shift. Labeling as a trap he would soon forget his own words on my final weekend.

I think i should preserve my energy and time for the judge. I had communicated with Walmart even before termination and to this day i only saw a difference when i kept my name anonymous .


Yahoo Mail: Search, Organize, Conquer


On Tue, Jun 17, 2025 at 1:59 PM, martin martinez <martinmtz92@yahoo.com> wrote:

> Phone call with sedgewick
>
> Altering insurance during leave is illegal .
>
> 30'days before revoking insurance.

PL000035

## Aleena A. Bhullar

| | |
|---|---|
| **From:** | Marla K. Wilson |
| **Sent:** | Wednesday, June 25, 2025 11:28 AM |
| **To:** | martinmtz92@yahoo.com |
| **Cc:** | pugmaster2022@gmail.com; Nancy L. Waters; Aleena A. Bhullar; Donna Webster |
| **Subject:** | FW: Martinez v. Walmart; Rule 26(f) Conference |
| **Attachments:** | 2025.06.25 DRAFT Joint Rule 26(f) Conference Report.docx; 2025.06.25 Proposed Scheduling Order Deadlines.docx; 2025.06.13 [Dkt 13] Order Governing Proceedings.pdf |

**\*Sent on behalf of Nancy Waters\***

Good morning, Mr. Martinez,

Attached are drafts of a Joint Rule 26(f) Conference Report and Proposed Scheduling Order Deadlines for your review prior to the Rule 26(f) phone conference with Nancy Waters, which is tentatively scheduled for Monday, June 30, at 10:00 a.m. Please confirm your availability for the conference at that time and the telephone number at which you can be reached. If you are not available at that time, please provide alternative dates/times.

The sections of the Joint Report to be completed by you are highlighted in yellow. We are again attaching the Court's June 12 Order Governing Proceedings, which sets <u>**July 3, 2025**</u> as the deadline for the Rule 26(f) Conference and identifies the matters to be discussed and included in the Joint Report and Proposed Scheduling Order Deadlines.

Thank you.

Sincerely,
**Marla Wilson**

Legal Assistant to Nancy L. Waters, Shareholder
Geary, Porter & Donovan, P.C.
16475 Dallas Parkway
Suite 400
Addison, Texas 75001
Office: (972) 931-9901
Direct: (972) 349-2236
Fax: (972) 931-9208
mwilson@gpd.com



**GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

---

**From:** Nancy L. Waters <nwaters@gpd.com>
**Sent:** Monday, June 23, 2025 11:27 AM
**To:** martin martinez <martinmtz92@yahoo.com>

PL000036

**Cc:** Emp. Law - NLW Calendar <Emp.Law-NLWCalendar@gpd.com>
**Subject:** RE: Martinez v. Walmart; Rule 26(f) Conference

Mr. Martinez,

I am following up on my email of June 19, 2025. Please confirm if you will be available for a Rule 26 phone conference on June 30, 2025, at 10:00. I will be out of the office most of this week, and we have a deadline to confer by July 3, 2025. If June 30, 2025, does not work, please provide alternative dates/times.

*Thank you,*
*Nancy*

**From:** Nancy L. Waters
**Sent:** Thursday, June 19, 2025 7:52 AM
**To:** martin martinez <martinmtz92@yahoo.com>
**Cc:** Emp. Law - NLW Calendar <Emp.Law-NLWCalendar@gpd.com>
**Subject:** Martinez v. Walmart; Rule 26(f) Conference

Mr. Martinez,

My name is Nancy Waters. I am the lead outside counsel representing Walmart with regard to the lawsuit you have filed against Walmart. To clarify our role, we have recently been assigned the matter and are just beginning our investigation to assess the allegations made in your Complaint. I was not part of the Ethics/ Sedgwick investigation or any internal decisions that were made by Walmart. However, please keep in mind that I do represent Walmart. Later in the discovery process, we will schedule your deposition which will provide you with an opportunity to answer questions about your claims.

For now, the Court has issued the attached Order Governing Proceedings which requires that we hold a Rule 26(f )conference by July 3,2025. After that of meeting, we are then required to file a Joint Report regarding the meeting by July 17, 2025.

Since you have filed a lawsuit against Walmart and are required to comply with the Federal Rules of Civil Procedure in this matter, so I would highly recommend reviewing those rules as we start to move through this litigation. Federal Rule 26 will outline the topics we are to address in the meeting and joint report.

I am available to hold the Rule 26(f) conference via phone on Monday, June 30, 2025 at 10:00. We can prepare the initial draft Joint Report and forward for your review in advance of the meeting.

Please confirm that date and time work for you.

Thanks,

Nancy

PL000037

## Aleena A. Bhullar

| | |
|---|---|
| **From:** | Nancy L. Waters |
| **Sent:** | Thursday, July 3, 2025 7:11 AM |
| **To:** | martin martinez |
| **Cc:** | Emp. Law - NLW Calendar |
| **Subject:** | Martinez v. Walmart; Compliance with Court Order for Joint Report |

Mr. Martinez,

I am not certain from your email what you are asking to postpone.

The Judge in this matter has issued an Order that requires both parties' compliance by July 18, 2025. I do not have the authority to modify that Order and Walmart does intend to fully comply.

If you need to request any relief from the Court, I recommend you contact the Court. Otherwise, we intend to file a Rule 26(f) Report by July 18, 2025 as required. If you do not provide us with your required sections, we will just file a report on behalf of Defendant Walmart.

**Nancy L. Waters, Esq.**
*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**
16475 Dallas Parkway
Suite 400
Addison, Texas 75001-6837
972-349-2283 - Direct
972-931-9901 - Main
972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Wednesday, July 2, 2025 9:52 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Schedule meeting 2028

We were suppose to agree on dates for deadlines? I would like to postpone
Due to prior experience with Walmart , and what took place the past days. I feel uncomfortable with the unlawful advantage.

The grievance can not be delayed any further. And it is probably in my best interest to tackle the dallas pd situation as well. I would like the judge to be aware on everything I encountered disregarding if it pertains.

1

I had asked if this case agreement would of included the two other suites and you ignored. I would translate to "no"

Since you have asked me to wait, can you make the effort of postponing the dates.

Yahoo Mail: Search, Organize, Conquer

2

PL000039

**Aleena A. Bhullar**

| | |
|---|---|
| **From:** | martin martinez <martinmtz92@yahoo.com> |
| **Sent:** | Wednesday, July 2, 2025 11:11 AM |
| **To:** | Donna Webster; Nancy L. Waters; Aleena A. Bhullar; Marla K. Wilson |
| **Subject:** | Pro se difficult and dangerous |
| **Attachments:** | IMG_20250701_200856.jpg; IMG_20250701_200352.jpg; IMG_20250701_200247.jpg; IMG_20250701_200034.jpg; IMG_20250701_195944.jpg; IMG_20250701_195857.jpg; IMG_20250701_195812.jpg; IMG_20250701_195709.jpg; Screenshot_2025-07-01-19-56-26-72_be80aec1db9a2b53c9d399db0c602181.jpg; IMG_20250701_195541.jpg; IMG_20250701_195446.jpg |

My mother threatened to kick me out yesterday if i hadnt accepted a offer . I haven't shared any information about the situation for her sudden legal advice. Then I would lose my legal console.

   Adding the fact that i paid 4k for representation that would false identify themselves, and ugre me tk sign dismissing charge letter. Reimbursing my money with a fraudulent check in attempting to prevent me from hiring replacement law firm.

Is that not enough advantage? Im not the lawyer here that is you  and I believe your held on higher standards.

I honestly do not feel comfortable continuing pro se for another 4 months. There's no telling what unethical unlawful approach ill encounter.

Im open to criticism.
If this is not abuse please correct me .

1

**Aleena A. Bhullar**

| | |
|---|---|
| **From:** | martin martinez <martinmtz92@yahoo.com> |
| **Sent:** | Wednesday, July 2, 2025 7:33 AM |
| **To:** | Donna Webster; Nancy L. Waters; Aleena A. Bhullar; Marla K. Wilson |
| **Subject:** | Word of the day "tortious intervention" |

You don't often get email from martinmtz92@yahoo.com. Learn why this is important

Is there any confessions on who's resposible for the illegal tactics. Tortious intervention specifically?

It feels as if a Arkansas native is breathing down my neck. To have to continue to the experience for more months will drive me insane. Pro se against walmart is not only difficult but dangerous.

A failed agreement will be followed by my request for a continuous or extension while I search for the perfect non Arkansas favoring law firm. I refuse to give the abusive organization any more advantages.

A one for all suite would seem like a fairy tale considering yesterdays experience.
Deducting the damage from the pro human trafficking detective ,the defamation, the double employed law firm and deceiving eeoc. would lead to a significant reduction in expectation.

A investigation between Walmart and cartel affiliated Stepmother Gaby Karr is needed. The names Edith Ramirez, Aaron Flores and Osmar Mendoza continue as suspects.

I had two individuals yesterday attempt to convince me to settle. God knows where one individual learned about my situation to begin as for the other a complete sudden change of tones.

Thr attachment on preserving evidence I assume goes both ways, if so the security footage on 3/25/24 930-1000,am door 631 center isle is critical. Also 3/26 700 -730 am .
It will save slot of effort. I had requested a copy and preservation of the first since the start.

I have stated i fear for my life the overwhelming unavoidable influence of Walmart. The prior response made by ethics of speaking to individual on matter and with holding details out of respect is unacceptable. And shall be used to convince judge on request for extension.

Do not communicate with my inner circle. I am investigating the situation as would be considered a threat and unlawful.

Yahoo Mail: Search, Organize, Conquer

1

PL000044



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Tuesday, July 1, 2025 7:26:14 PM
**To:** mwilson@gpd.com <mwilson@gpd.com>
**Subject:** Re: Martinez v. Walmart; Rule 26(f) Conference

Request a continuance

If there is no agreement i think it would be best to request a continuance or extension while i find experienced help.
 The influencing of individual who had been supporting me has raised a lot of concern.



Yahoo Mail: Search, Organize, Conquer

On Tue, Jul 1, 2025 at 5:53 PM, martin martinez <martinmtz92@yahoo.com> wrote:

I do plan to file a grievance on Arkansas law firm and possible law suit.

Dallas pd will have to explain the motive of there detective .

A effort to gain attention in defunding the eeoc.

A investigation to a us labor department employee neutrality.

Walmart  aiding in human trafficking in effort to defame my character .

These are topics that should be weighted in determining the value of  having unfitted management.


Public awareness is where my effort will be found.

1

PL000054

Unrelated to the Case only to pursuit of justice.

Destruction of justice.

I'd prefer to focus on larger issue which is my stepmother . The case is worth five times what i am asking here.

Yahoo Mail: Search, Organize, Conquer

On Tue, Jul 1, 2025 at 5:21 PM, martin martinez
<martinmtz92@yahoo.com> wrote:

Im not sure if your know the full extent of my problems.

If we go the full route it will be far more financially rewarding as it includes two more suits.

The problem is i will most likely lose the person i am trying to help. A highly suspected human trafficking victim who's aide was overshadowed.

I appreciate any effort in resolving this matter.  There is no doubt a person or two that are working in Walmarts benefit that are in my circle. .

I had already mentioned what i had asked for in a previous email.  I believe that is fair.

I will be forwarding emails sent to ethics shortly

Yahoo Mail: Search, Organize, Conquer

PL000055

On Mon, Jun 30, 2025 at 11:46 AM, Marla K. Wilson
<mwilson@gpd.com> wrote:

**\*Sent on behalf of Nancy Waters\***

Good morning, Mr. Martinez,

Per your telephone conference with Nancy Waters this morning, I am again attaching the documents I previously forwarded you on Wednesday, June 25. Nancy asked that I remind you that we need to have your input for the attached Joint Rule 26(f) Conference Report **no later than Tuesday, July 15.** She also wanted me to remind you that, pursuant to the attached Court's Order Governing Proceedings, your initial disclosures are due by **July 14**.

I am also attaching for your review a copy of the Court's form of Protective Order, which we intend to request the Court to enter when we file the Joint Report and Proposed Scheduling Order Deadlines. The Protective Order will govern the production and treatment of documents and information produced by either Party that is designated "Confidential Information."

Thank you.

Sincerely,
**Marla Wilson**

Legal Assistant to Nancy L. Waters, Shareholder
Geary, Porter & Donovan, P.C.
16475 Dallas Parkway
Suite 400
Addison, Texas 75001
Office: (972) 931-9901
Direct: (972) 349-2236
Fax: (972) 931-9208
mwilson@gpd.com

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** Marla K. Wilson <mwilson@gpd.com>
**Sent:** Wednesday, June 25, 2025 11:28 AM
**To:** martinmtz92@yahoo.com
**Cc:** pugmaster2022@gmail.com; Nancy L. Waters <nwaters@gpd.com>; Aleena A. Bhullar <abhullar@gpd.com>; Donna Webster <dwebster@gpd.com>
**Subject:** FW: Martinez v. Walmart; Rule 26(f) Conference

**\*Sent on behalf of Nancy Waters\***

Good morning, Mr. Martinez,

Attached are drafts of a Joint Rule 26(f) Conference Report and Proposed Scheduling Order Deadlines for your review prior to the Rule 26(f) phone conference with Nancy Waters, which is tentatively scheduled for Monday, June 30, at 10:00 a.m. Please confirm your availability for the conference at that time and the telephone number at which you can be reached. If you are not available at that time, please provide alternative dates/times.

PL000056

     The sections of the Joint Report to be completed by you are highlighted in yellow. We are again attaching the Court's June 12 Order Governing Proceedings, which sets **July 3, 2025** as the deadline for the Rule 26(f) Conference and identifies the matters to be discussed and included in the Joint Report and Proposed Scheduling Order Deadlines.

     Thank you.

Sincerely,
**Marla Wilson**

Legal Assistant to Nancy L. Waters, Shareholder
Geary, Porter & Donovan, P.C.
16475 Dallas Parkway
Suite 400
Addison, Texas 75001
Office: (972) 931-9901
Direct: (972) 349-2236
Fax: (972) 931-9208
mwilson@gpd.com



**GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

---

**From:** Nancy L. Waters <nwaters@gpd.com>
**Sent:** Monday, June 23, 2025 11:27 AM
**To:** martin martinez <martinmtz92@yahoo.com>
**Cc:** Emp. Law - NLW Calendar <Emp.Law-NLWCalendar@gpd.com>
**Subject:** RE: Martinez v. Walmart; Rule 26(f) Conference

Mr. Martinez,

I am following up on my email of June 19, 2025. Please confirm if you will be available for a Rule 26 phone conference on June 30, 2025, at 10:00. I will be out of the office most of this week, and we have a deadline to confer by July 3, 2025. If June 30, 2025, does not work, please provide alternative dates/times.

Thank you,
Nancy

---

**From:** Nancy L. Waters
**Sent:** Thursday, June 19, 2025 7:52 AM
**To:** martin martinez <martinmtz92@yahoo.com>
**Cc:** Emp. Law - NLW Calendar <Emp.Law-NLWCalendar@gpd.com>
**Subject:** Martinez v. Walmart; Rule 26(f) Conference

Mr. Martinez,

My name is Nancy Waters. I am the lead outside counsel representing Walmart with regard to the lawsuit you have filed against Walmart. To clarify our role, we have recently been assigned the matter and are just beginning our investigation to assess the allegations made in your Complaint. I was not part of the Ethics/ Sedgwick investigation or any internal decisions that were made by Walmart. However, please keep in mind that I do represent Walmart. Later in the discovery process, we will schedule your deposition which will provide you with an opportunity to answer questions about your claims.

For now, the Court has issued the attached Order Governing Proceedings which requires that we hold a Rule 26(f )conference by July 3,2025. After that of meeting, we are then required to file a Joint Report regarding the meeting by July 17, 2025.

Since you have filed a lawsuit against Walmart and are required to comply with the Federal Rules of Civil Procedure in this matter, so I would highly recommend reviewing those rules as we start to move through this litigation. Federal Rule 26 will outline the topics we are to address in the meeting and joint report.

I am available to hold the Rule 26(f) conference via phone on Monday, June 30, 2025 at 10:00. We can prepare the initial draft Joint Report and forward for your review in advance of the meeting.

Please confirm that date and time work for you.

Thanks,

Nancy

---

NOTICE UNDER The Texas Health and Safety Code § 181.154 – HB 300

Our law firm gathers, stores and electronically transmits medical records (Protected Health Information – "PHI"), and our clients' PHI is subject to electronic disclosure. Texas and Federal Law prohibits any electronic disclosure of a client's PHI to any person without a separate authorization from the client for each disclosure. This authorization for disclosure may be made in written or electronic form, or in oral form if it is documented in writing by our law firm.

The authorization for electronic disclosure of PHI described above is not required if the disclosure is made: to another covered entity, as that term is defined by § 181.001, or to a covered entity, as that term is defined by § 602.001, Ins. Code, for the purpose of: treatment; payment; health care operations; performing an insurance or health maintenance organization function described by § 602.053, Ins. Code; or as otherwise authorized or required by state or federal law. Therefore, no further release is necessary for electronic disclosure to other health care providers, insurance companies, governmental agencies, or defense lawyers representing adverse parties.

CONFIDENTIALITY NOTICE: This E-Mail and all Attachments are intended only for the recipient to whom it is addressed. This transmission may contain information which is legally privileged, confidential attorney client communication, or both. If you have received this E-Mail in error, immediately notify the Sender to arrange for return of the E-Mail and attachments. You are hereby notified that you must delete from your system the original E-Mail. You are further notified that any disclosure, copying, forwarding, or other distribution of this E-Mail, including its attachments, or the taking of any action in reliance upon the information contained in this E-Mail or attachments, is strictly prohibited.

<GPD - HB300/Confidentiality Footer>

PL000058



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Sunday, July 6, 2025 6:13 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Sharing for good ethics

Besides Walmart i do have a cartel affiliated stepmother who has blamed me for interfering in the liquidation of my families assets. Funds worth over one million dollars that have been promised to dangerous individuals by someone unrelated.
   My farther a diabetic on a wheelchair with numerous trips to emergency room will believe anyone and anything without single doubt. He currently believes his son needs to be killed.
   I own three properties in Mexico that i have been attempting to sale for legal aide. However my stepmom knows this and has been proactive to any potential buyer's. Waiting patiently for me to cross the border where I'll be instantly flagged and targeted .

   She is aware of my current situation and has been pro Walmart. She is terrified of me getting any thing that can jeopardize her freedom.
   The situation that took place in December between Dallas investigater whos main goal was to defame my character would favor my stepmoms nephew and fsmily . The victim. My girlfriend turned ex has not been able to escape my stepmother's family to this day. She does not have a single friend who is not a related family member of my stepmom. Limited communication and few control of her decisions.
   We have s unstable friendship as i am hated by everyone around here. I had expected a drug being induced from the beginning as she would have a personality that would remind me of my father's.
   About two months ago she had left her drink in my car, i would purchase a test kit from cvs where it would test positive . For GHB.
   She denies using it and us bothered by the question. As time progresses she seems to turn more and more like my stepmom and her nephews .

I do plan to spread my story if the case is extended. Walmart has been acting whether directly or indirectly in favor of my stepmom. The events in December was timed for my eeoc interview. As the case advances so do my problems.

   I am not able to distinguish Walmart influence over my stepmother's . My ex friend whos on the screenshot conversation refuses to get involved in my next lawsuit against stepmother and father. Raising doubts on his neutrality.

I do not see myself holding up another year. Walmart is wrong for thinking this matter should take over 3 years when the evidence is concrete. I do have strong evidence against Walmart that proves the similarities between there international businesses , Americans seem to overlook.

1

If this matter is strictly employment there is no need to complicate as the other experiences are far heavier . I do need to focus on the larger offense urgently and i ask please don't attempt to prolong .

Yahoo Mail: Search, Organize, Conquer

On Sun, Jul 6, 2025 at 1:11 PM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,

I am representing Walmart as counsel. Since Walmart has retained counsel, I would ask that you direct all communications and/or requests related to this lawsuit to my attention. Please do not communicate directly with Walmart regarding matters related to this case.

Regarding the issues raised in your emails over the last week, I believe the best course of action is for you to discuss your questions and concerns with the Judge at the hearing in August.

Thank you,

Nancy L. Waters, Esq.
Shareholder

Geary, Porter & Donovan, P.C.
16475 Dallas Parkway, Suite 400
Addison, Texas  75001
(972) 349-2283 - Direct
(972) 931-9208 - Fax

Sent from my iPhone

---

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Sunday, July 6, 2025 11:39:25 AM
**To:** ethc_replies@walmart.com <ethc_replies@walmart.com>; Nancy L. Waters <nwaters@gpd.com>; Donna Webster <dwebster@gpd.com>; Marla K. Wilson <mwilson@gpd.com>; Aleena A. Bhullar <abhullar@gpd.com>
**Subject:** Sharing for good ethics

Ethics at Walmart. Ms Waters is awaiting the information provided to be forwarded to her position .

User m0m0elf
Don 01/02/92

2

## Aleena A. Bhullar

| | |
|---|---|
| **From:** | martin martinez <martinmtz92@yahoo.com> |
| **Sent:** | Sunday, July 6, 2025 9:43 AM |
| **To:** | Nancy L. Waters; Marla K. Wilson; ethc_replies@walmart.com; Donna Webster; Aleena A. Bhullar; Matthew Fairchild |
| **Subject:** | Walmart and Friends no background check |

Tortious intervention

Nancy L Waters representing Walmart for 25 years .

May I ask you if the number in mind was 35,? My friend seemed solid on his calculations although he would state there was no formula

. He apparently would find interested in the same city as your firm choosing to relocate.. When j joked about Ms waters being in the adjacent building rooftop holding a sniper . He would mention a street to where you would be. I'm concerned on how he knows so much . Shouldn't you?

Prolong the case for a year while I'm living in fear? I told Walmart this they claimed to habe spoken to individual who name is not mentioned out of respect,?

If I see a crime and later questioned by law enforcement will they accept this answer?

I would like to add s tortious intervention player to the list. They company Lyft has recently been taking over 2/3s of. Proceeding. calculating expenses they have paid me under minimum wage

They also were involved in s staged kidnapping that i had tried to forget. I can forget about the pain but not the facts of s questionable relationships between lyft corrupt lawyers (wh law )and female friend.


Who does Nancy Waters represent?

Walmart or Walmarts defensive strategy

Your desire of adding nearly two years to this everyday conflict promoted by anonymous player whos name is not mentioned due to respect. ,( Walmarts words,)

I get killed or someone goes to jail.

I prefer neither i. Will let the judge know why i feel pro se against Walmarts is a threat to my existence as well as me being forced to relocate with purposed dates

Are you really behind on the emails Ms Waters ?

Having a scheduled conversation in which you denied knowing the details. Yet you've been representing Walmart for how long,,? If that wasn't s tactic i wouldn't imagine you surviving your first year of employment.

Have you kept up with local news? Unfortunately we do share a city. And one that recently had numerous criminal charges brought to there police department.

I strongly disagree on challenging those who protect us. However the officers actions only fueled the suspects and the small window to provide support for a victim of human rights was closed . I was cited

1

for harassment of public servant amd labled a harasser by girlfriend. He never spoke to her and I was only attempting to submit evidence

My approach to situation will take a sharp turn .if  Walmart ignores my number then most likely I'll find there's offensive like your desire to settle this in 2027.


 Forgive me if my email is unprofessional but
Where is my lawyer? Walmart? i paid 4k to avoid this is

I urge there be s meeting soon , i will be.visitig Dallas pd no later then Tuesday and focusing on marketing.


Yahoo Mail: Search, Organize, Conquer

PL000063



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Sunday, July 6, 2025 6:13 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Sharing for good ethics

Besides Walmart i do have a cartel affiliated stepmother who has blamed me for interfering in the liquidation of my families assets. Funds worth over one million dollars that have been promised to dangerous individuals by someone unrelated.

   My farther a diabetic on a wheelchair with numerous trips to emergency room will believe anyone and anything without single doubt. He currently believes his son needs to be killed.

   I own three properties in Mexico that i have been attempting to sale for legal aide. However my stepmom knows this and has been proactive to any potential buyer's. Waiting patiently for me to cross the border where I'll be instantly flagged and targeted .

   She is aware of my current situation and has been pro Walmart. She is terrified of me getting any thing that can jeopardize her freedom.

   The situation that took place in December between Dallas investigater whos main goal was to defame my character would favor my stepmoms nephew and fsmily . The victim. My girlfriend turned ex has not been able to escape my stepmother's family to this day. She does not have a single friend who is not a related family member of my stepmom. Limited communication and few control of her decisions.

   We have s unstable friendship as i am hated by everyone around here. I had expected a drug being induced from the beginning as she would have a personality that would remind me of my father's.

   About two months ago she had left her drink in my car, i would purchase a test kit from cvs where it would test positive . For GHB.

   She denies using it and us bothered by the question. As time progresses she seems to turn more and more like my stepmom and her nephews .

I do plan to spread my story if the case is extended. Walmart has been acting whether directly or indirectly in favor of my stepmom. The events in December was timed for my eeoc interview. As the case advances so do my problems.

   I am not able to distinguish Walmart influence over my stepmother's . My ex friend whos on the screenshot conversation refuses to get involved in my next lawsuit against stepmother and father. Raising doubts on his neutrality.

I do not see myself holding up another year. Walmart is wrong for thinking this matter should take over 3 years when the evidence is concrete. I do have strong evidence against Walmart that proves the similarities between there international businesses , Americans seem to overlook.

1

If this matter is strictly employment there is no need to complicate as the other experiences are far heavier . I do need to focus on the larger offense urgently and i ask please don't attempt to prolong .

Yahoo Mail: Search, Organize, Conquer

On Sun, Jul 6, 2025 at 1:11 PM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,

I am representing Walmart as counsel. Since Walmart has retained counsel, I would ask that you direct all communications and/or requests related to this lawsuit to my attention. Please do not communicate directly with Walmart regarding matters related to this case.

Regarding the issues raised in your emails over the last week, I believe the best course of action is for you to discuss your questions and concerns with the Judge at the hearing in August.

Thank you,

Nancy L. Waters, Esq.
Shareholder

Geary, Porter & Donovan, P.C.
16475 Dallas Parkway, Suite 400
Addison, Texas  75001
(972) 349-2283 - Direct
(972) 931-9208 - Fax

Sent from my iPhone

---

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Sunday, July 6, 2025 11:39:25 AM
**To:** ethc_replies@walmart.com <ethc_replies@walmart.com>; Nancy L. Waters <nwaters@gpd.com>; Donna Webster <dwebster@gpd.com>; Marla K. Wilson <mwilson@gpd.com>; Aleena A. Bhullar <abhullar@gpd.com>
**Subject:** Sharing for good ethics

Ethics at Walmart. Ms Waters is awaiting the information provided to be forwarded to her position .

User m0m0elf
Don 01/02/92

2

Yahoo Mail: Search, Organize, Conquer

PL000066

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, July 7, 2025 6:45:56 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Decline -Extension of torture

1

PL000067

You've been working with Walmart long enough to know.

I nearly jumped out the window when i saw those dates. Everyone around me has slowly converted themselves to pro Walmart for some odd reason. My legal counselor even moved to your city and recommended a specific number that's a fraction on what we discussed.

I went through just about every ring of fire possible. Lawyers, thugs , neutral claimed agencies, friends that acted as spies, friends that attempted to provoke me. I even got a pale of paint thrown at me.

 What's worse is that i lost my best friend and the suspect no doubt pro Walmart. I made the mistake of taking him to an area where apparently my friend is having his new office. Preston and 635.
    The vet diagnosed him with lung cancer. Less then 1% of dogs get lung cancer. She would admit to being incorrect later. But as for my brother that was the only opportunity i could afford. He passed away 2 weeks later

For this soulless person who i believe is responsible to be aiding you wether directly or indirectly  expect me to go to the full extent.

Your out for every advantage possible wether it be legal or not . Ive told Walmart enough about my stepmom. She snd my family happen to share the state where Walmarts southern capital is located. So perhaps it's not so much of a coincidence.

You said Walmart is not related to matter. So can we come to an agreement so i can investigate who is ? Im mean theres only one beneficiary out of every scenario.

My wages were cut dramasticlly by suspicious company posible highly posible Walmart aide.

My advantage isn't in the court room. It's where no one wants to be. I've been thoughtful

Another year of indirect abusiveness. ? No thanks ill prefer to make it not in your best interest as well.

Yahoo Mail: Search, Organize, Conquer

PL000068



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, July 7, 2025 7:03:04 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Plan to hire Attorney

Don't dare not include not being aware about my situation when conversation took place.

Making the conversation pointless

I have it recorded.

Yahoo Mail: Search, Organize, Conquer

On Mon, Jul 7, 2025 at 6:24 PM, Nancy L. Waters
<nwaters@gpd.com> wrote:

Mr. Martinez,

I am not able to discuss settlement at this time.  As we discussed, I will need time to assess the case.  Retaining an attorney might better help you understand the federal court processes.

Please email the information required for the Joint Report by July 15th.  If we don't receive your information we will have to file a report on behalf of Walmart.

Thank you

1

PL000069

Nancy L. Waters, Esq.
Shareholder

Geary, Porter & Donovan, P.C.
16475 Dallas Parkway, Suite 400
Addison, Texas  75001
(972) 349-2283 - Direct
(972) 931-9208 - Fax

Sent from my iPhone

---

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, July 7, 2025 5:38:41 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Plan to hire Attorney

My stepmom along with cheap friends have given Walmart enough advantages . If there are mo negotiation attempts I must look for legal assistance.

There is some confusion on exactly what is included with negotiation. If it pertains the information listed only then i would need to reevaluate without loosing my rights on any other offenses. Half off.

However if it includes everything mentioned except stepmom the value presented is concrete.


The longer the wait the deeper rooted the problems become..


Yahoo Mail: Search, Organize, Conquer

PL000070



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Thursday, July 3, 2025 1:33 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Martinez v. Walmart; Compliance with Court Order for Joint Report

Quite the opposite

Yes i read the proposed scheduled and I would like to remind you on what i experienced on the first day. Is Walmart going to fund an investigation to the tortious intervention claims so that your schedule be appropriate?

You do know if I match your effort you will be facing destruction of justice and corruption allegations?

   A dallas detective failed to uphold his duty in order to aide third party in a legal.defense. Wrongfully labeling me in the middle of my eeoc investigation is the very least of the issues.
   My girlfriend was getting induced a day rape drug during this time. I had accurately suspected and even told detective during a phone call. Five months later I finally prove it correct.
   As for her she would slowly have s change of character. I still talk to her today but she isn't the same person. Refusing to open up on her problems and having very limited communication.

PL000071

I'm seeing your defense and it's offensive. I suffered tremendously and your asking to prolong it for nearly two more years?

You are aware of what I faced on day one?

I will not be going to Sanger to collect evidence, i will be going to dallas police headquarters and demand the name of that third party.

As for me filling pro se ,, i had paid 4k to avoid this but instead i got another set of Arkansas crooks . Wh law.

I suggest you reevaluate the situation.

Yahoo Mail: Search, Organize, Conquer

On Thu, Jul 3, 2025 at 7:11 AM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,

I am not certain from your email what you are asking to postpone.

The Judge in this matter has issued an Order that requires both parties' compliance by July 18, 2025. I do not have the authority to modify that Order and Walmart does intend to fully comply.

If you need to request any relief from the Court, I recommend you contact the Court. Otherwise, we intend to file a Rule 26(f) Report by July 18, 2025 as required. If you do not provide us with your required sections, we will just file a report on behalf of Defendant Walmart.

**Nancy L. Waters, Esq.**

*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**

PL000072

16475 Dallas Parkway

Suite 400

Addison, Texas  75001-6837

972-349-2283 - Direct

972-931-9901 - Main

972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Wednesday, July 2, 2025 9:52 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Schedule meeting 2028

We were suppose to agree on dates for deadlines? I would like to postpone
Due to prior experience with Walmart , and what took place the past days. I feel uncomfortable with the unlawful advantage.

The grievance can not be delayed any further. And it is probably in my best interest to tackle the dallas pd situation as well. I would like the judge to be aware on everything I encountered disregarding if it pertains.

I had asked if this case agreement would of included the two other suites and you  ignored. I would translate to "no"

Since you have asked me to wait, can you make the effort of postponing the dates.

Yahoo Mail: Search, Organize, Conquer

PL000073

**Aleena A. Bhullar**

| | |
|---|---|
| **From:** | martin martinez <martinmtz92@yahoo.com> |
| **Sent:** | Friday, July 11, 2025 3:49 PM |
| **To:** | Nancy L. Waters |
| **Cc:** | Emp. Law – NLW Calendar |
| **Subject:** | Re: Rule 26 invalid |

Do you speak on behalf of everyone?

A apologize I will reach out to the appropriate
agency to better evaluate my concerns.

Yahoo Mail: Search, Organize, Conquer

On Fri, Jul 11, 2025 at 3:35 PM, Nancy L. Waters
<nwaters@gpd.com> wrote:

Mr. Martinez,

Please stop communicating with me until we have the hearing on August 1, 2025. I think it's best if you address all
your concerns with the Court.

**Nancy L. Waters, Esq.**

*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**

16475 Dallas Parkway

Suite 400

Addison, Texas  75001-6837

972-349-2283 - Direct

1

PL000075

972-931-9901 - Main

972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Friday, July 11, 2025 3:26 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** RE: Rule 26 invalid

You stated to be unaware of the situation. That you were still catching up with the emails.

I did not ask for advice. Nor would i have accepted it from you.

I can send the audio if that helps..

Abide by the law. Im still trying to figure out why a individual would move to Addison. And would have knowledge on your location. While expressing a specific sum of settlement..

Its obvious why this needs to stop. Your looking for any advantage wether legal or Not

*Motion to Disqualify Counselot .

PL000076

Yahoo Mail: Search, Organize, Conquer

On Fri, Jul 11, 2025 at 2:56 PM, Nancy L. Waters

<nwaters@gpd.com> wrote:

Mr. Martinez,

I apologize, but I am not certain what you are referring to when you say I am not informing you of "your" situation. I am not your attorney. I cannot give you legal advice. During the Rule 26 meeting I tried my best to explain the Court's expectations; however, I cannot continue to provide you with any additional information.

I did not select the dates in the proposed scheduling order; they are suggestions provided by the Court for this type of case. Therefore, I would request that you discuss any concerns you have regarding dates with the Judge during our hearing on August 1, 2025.

The Joint Report that we drafted includes all the information the Court expects us to cover as part of the Rule 26 conference. That is why we prepared and sent you a draft to review in advance of the conference.

If you decide you want us to include your information in the Joint Report (i.e., disagreements with dates, dates you want to propose, the facts you allege, etc.) please email to me by July 15, 2025: 1) the number of the section, and 2) the content of what you want to include. If you look at the draft Joint Report I sent you, it has sections marked "plaintiff" That is for you to complete. Those placeholders are for your information, and I cannot input information for you on those sections.

Other that sending me the information noted above, I would ask that you stop communicating with me about this matter until we can get further guidance from the Court.

If you do not want to provide me with the specific information for the Joint Report, as you requested, I can notify the Court that you believe our Rule 26 conference was invalid and will provide the Court with copies of all of our communications to explain the situation.

Thank you,

**Nancy L. Waters, Esq.**
*Shareholder, Labor & Employment Group*

PL000077

**Geary, Porter & Donovan, P.C.**
16475 Dallas Parkway
Suite 400
Addison, Texas 75001-6837
972-349-2283 - Direct
972-931-9901 - Main
972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Friday, July 11, 2025 2:22 PM
**To:** Nancy L. Waters <nwaters@gpd.com>; Marla K. Wilson <mwilson@gpd.com>; Donna Webster <dwebster@gpd.com>; Aleena A. Bhullar <abhullar@gpd.com>
**Subject:** Rule 26 invalid

Nancy l waters im not sure why there has been a delay on being informed of my situation.
I would argue that rule26 is invalid from what you stated.

The attempt to end my situation is fueled by a financial burden. One that is a byproduct of what would seem as a unethical legal defense.

Invulnerability to further indirect aggression.

Insecurity from recent events.

Ill be forced to to announce my situation to the public if no efforts are noted.
Yahoo Mail: Search, Organize, Conquer

PL000078