**EXHIBIT B**

**From:** Nancy L. Waters <nwaters@gpd.com>
**Sent:** Saturday, September 27, 2025 3:59 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:**

## ADDISON POLICE DEPARTMENT
## CRIMINAL TRESPASS WARNING

Issue Date and Time  08/19/2025 at 03:06 PM
Call #:        2025042397
County: DALLAS

### LOCATION INFORMATION

Location:
    16475 DALLAS PKWY
    ADDISON, TX 75001

I hereby acknowledge that I have been warned by the owner or agent of the private property described by this notice that I am NOT AUTHORIZED to enter or remain on said property. Further, I understand that should I enter or remain on said property, that I may be arrested and criminally charged for a violation of TEXAS PENAL CODE 30.05. Your signature below is NOT an admission of guilt, but an aknowledgement that you have been warned not to return to the property noted.

PL000118



## PERSON WARNED

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| MARTINEZ | MARTIN | |

| RESIDENCE ADDRESS |
|---|
| 2212 TIMBERWOOD |

| CITY | | STATE | ZIP CODE |
|---|---|---|---|
| CARROLLTON | | TX | 75006 |

| DRIVER LICENSE NUMBER | | DL CLASS | DL STATE | CDL |
|---|---|---|---|---|
| ▮▮▮▮▮ | | C | TX | No |

| DOB | SEX | RACE | HEIGHT | WEIGHT | EYE | HAIR |
|---|---|---|---|---|---|---|
| ▮▮▮1992 | M | W | 508 | 200 | BRO | BRO |

Trespasser Signature: _____

## VEHICLE INFORMATION

| LICENSE PLATE | STATE | COLOR |
|---|---|---|
| | TX | |

| MAKE | TYPE |
|---|---|
| | |

| MODEL |
|---|
| |

| VIN | YEAR |
|---|---|
| | |

## INVESTIGATED BY

OFFICER SANGER Badge #: 270

ADDISON POLICE DEPARTMENT
4799 AIRPORT PARKWAY
ADDISON, TX 75001
972-450-7150

PL000119

Nancy L. Waters, Esq.
Shareholder

Geary, Porter & Donovan, P.C.
16475 Dallas Parkway, Suite 400
Addison, Texas  75001
(972) 349-2283 - Direct
(972) 931-9208 - Fax

Sent from my iPhone

PL000120

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, August 25, 2025 2:31 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** RE: No ethics found

It seems i should communicate with the whole world.

Do you know what happened December of last year? My girlfriend was introduced to ghb.  What did the investigater do ? Labled me a harasser without speaking to her and again when I attempted to submit evidence.

 It closed my eeoc case and worst it closed the door when help was most needed to her

Why is my case being prolonged? Are you guys awaiting my suicide, assassination, or the end of the world.  It's aiding a criminal organization if they disposed the servailence recording.


Does it make s difference if i include Walmart ethics? I can tell my dog a secret and a hour later Walmart will know about it.


Yahoo Mail: Search, Organize, Conquer


On Mon, Aug 25, 2025 at 2:01 PM, Nancy L. Waters
<nwaters@gpd.com> wrote:

> Mr. Martinez,
>
>
> I am the legal counsel for Walmart and represent the Company in the lawsuit you have filed that is pending.  Please refrain from contacting my client directly or I will seek court intervention.  As I told you yesterday you can communicate with me.
>
>
> Thank you,

PL000121

**Nancy L. Waters, Esq.**

*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**

16475 Dallas Parkway

Suite 400

Addison, Texas  75001-6837

972-349-2283 - Direct

972-931-9901 - Main

972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, August 25, 2025 12:58 PM
**To:** Nancy L. Waters <nwaters@gpd.com>; ethc_replies@walmart.com
**Subject:** No ethics found

What happened in Addison is disturbing but more in-depth.  What factors would convince me of being hostile and the need to call law enforcement.

Perhaps a guilty Conscious?

The need to stop ? How about the need to reverse the damages,?

PL000122

**Yahoo Mail: Search, Organize, Conquer**

**From:** Nancy L. Waters
**Sent:** Thursday, September 4, 2025 7:21 AM
**To:** 'martin martinez' <martinmtz92@yahoo.com>
**Subject:** RE: Non threatening concern

Mr. Martinez,

I am not familiar with the individuals you identify below.  If you could provide me with more information as to their relevance to this lawsuit, that would be helpful.

**Nancy L. Waters, Esq.**
*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**
16475 Dallas Parkway
Suite 400
Addison, Texas  75001-6837
972-349-2283 - Direct
972-931-9901 - Main
972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>

PL000124

**Sent:** Wednesday, September 3, 2025 12:00 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Non threatening concern

Did or can you ask mutual friend Cary Schulman to inform you on his team member Aaron Flores? What exactly is "GHB" and who is the employer Gaby Karr. Even more what happened on January 2 with his close friend Julie ? Had it been just a illusion or the actual offense.

I didn't think contacting Cary would be permitted but then again I'm not the lawyer.

I apologize if the  tone of conversation seams threatening that is not my intention. Perhaps a guilty conscious similar to the motives of my traspassing citation .


Sent from Yahoo Mail for iPhone

PL000125

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, September 6, 2025 12:55:20 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Problem with delaying trial

Mediation and my deposition on same week ? No thank you.

Your client is not specific enough to create a deposition. They have a week in February? I worked in a warehouse not in a Nasa assembly line I know they have adequate time.
If half a day is the limit then you will receive half a day on December 3 as well.

Will Jim Bolen or Ashley B. available?

Your client has a interesting resume of abuse. It surprises me they would find advantage in extending.

I sure hope you have the security footage, having me wait this long when your client has already illegally destroyed evidence. two years after the offense no one will recall my existence . Key witnesses fired or bribed with promotions ie Mr Parez

As for Schulman I thought i sent the screenshots. If you claim Is true then you should be disturbed as well

PL000126

I do plan to inform the Judge with the evidence regardless if you deny, the screenshots, my trespassing citation and Dallas pd denial of evidence of my bigger concern.

Your client aided in a possible crime against human rights, and or trafficking even if false the damage to my mental health remains. Not only was i wrongfully labeled the police officer did not property identify the suspect , noting a incorrect name and story. His motives of labeling me a harasser are not from my actions and the timing is no coincidence.

The eeoc investigator tried to imply the same thing when asking to speak to is higher in command after I asked him specifically when to submit evidence he would state at a later time then close my case for nit enough evidence

I'd receive my right to sue and shortly after a eeoc employee would argue it' validity. Just three days shy of expiration I'd get arrested leaving my house on a mistaking identity of arms dealer later changes to traffic violation .

I really can go on all day on situations pointing to Arkansas
The worst one being a possible alliance with my cartel affiliated stepmother. I've been dealing with her for over six years . I don't want to get into southern politics but believe I will hold nothing back if forced.

She is the only beneficiary of extended trial.

A two year case when your client destroyed evidence the first week. Force me to file pro se putting me in a state of distrust possibly bribing my sister and no doubt influencing my own mother.

It could be my sole stepmom using my farthers wealth but the prolonged trial is unexplainable and points back to her.

I promised to focus on her after this trial an estate over 1.5 million that will end my life or have me living under a rock if falls into her position.

Im going to advertirse my story after filing a motion

Assuring that time is in no ones favor.

Sent from Yahoo Mail for iPhone

On Saturday, September 6, 2025, 11:26 AM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,

I do not know Mr. Cary Shulman and have never even heard of him until you mentioned him in your emails. I will not continue to respond to questions regarding this issue.

Further, I have never been hostile to mediation and intend to fully comply with the Courts' Scheduling Order (attached) which contains the following deadlines related to mediation:

_01/02/2026_ - Date by which the parties shall notify the court of the name, address, and telephone number of the agreed-upon mediator, or request that the court select a mediator, if they are unable to agree on one.

_02/13/2026_ Mediation must occur by this date.

My client will agree to a ½ day zoom mediation in the first week of February.  Please let me know dates you are available.    If we cannot agree on a mediator, then the Court will appoint one.   I do have some mediators that I can recommend, or if you would prefer, we can just let the court appoint one.    You will be responsible for ½ the cost of the mediation.


**Nancy L. Waters, Esq.**
_Shareholder, Labor & Employment Group_

**Geary, Porter & Donovan, P.C.**
16475 Dallas Parkway
Suite 400
Addison, Texas  75001-6837
972-349-2283 - Direct
972-931-9901 - Main
972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, September 6, 2025 11:00 AM
**To:** Donna Webster <dwebster@gpd.com>; Nancy L. Waters <nwaters@gpd.com>
**Subject:** Problem with delaying trial


Curry ,Carry Schulman former lawyer who was barred for corruption. Had some detailed remarks about Nancy Waters ones that would promote the idea of a close friendship. A friendship  during this time would be inappropriate. Risking the my personal information being leaked and a conflict of interest.

Nancy originally denied knowing my ex legal aide.

A attempt for clarification has been ignored, or overseen so I ask once more.

Is there any relation between Carry Schulman or Corry Schulman with Nancy or anyone pertaining to defendant party?

It being critical not only to the case but to my personal life and safety. I do believe there has been

criminal mischief from him and his friend(s) and will be pressing charges .

Extending trial if defendant illegally destroyed evidence will bring a charge of harboring a criminal. A strong supporter indirect or direct is receiving additional time evade charges against humanity, criminal organization

Walmart would state to have discussed the concern with appropriate individual or business but stated out of respect of privacy further details were confidential.

If defendant party seems it be necesary for another year of torture by the individuals that share Walmarts views and goals

A investigation including
Nancy waters relation with Carry Schulman.
Carry Schulmans close friend Aaron
Flores and his connection with stepmother and organized crime.

Walmarts influence over public servants .A threat and clearly obstruction of justice occurring In two occasion

You stated not be opposed to mediation. That is inaccurate misleading and promoting a waste of time and effort.

I don't have a tolerance for liers nor will I be forced to communicate with one less expect any mutual outcome.

You have two notable lies Ms. Waters. One gave me a trespassing citation and the other has cost me to waste my time up to this day .

The third is highly possible  but until proven it remains a opinion.

I do believe your organization is responsible for the majority of my recent issues . Having a secret alliance with organizations with a broad range of services. Indirectly endorsing questionable individuals in hope of adding  another advantage similar to the absence of my legal representation.

 I haven't read about you but throw me a number.
I'm getting your files automatically sent but still waiting for them.

No we don't represent carmax sales  , we represent the retailer with no sympathy for its employees.

PL000129

Sent from Yahoo Mail for iPhone

PL000130



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, September 6, 2025 12:55:20 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Problem with delaying trial

Mediation and my deposition  on same week ? No thank you.

Your client is not specific enough to create a deposition.  They have a week in February? I worked in a warehouse not in a Nasa  assembly line I know they have adequate time.
If half a day is the limit then you will receive half a day  on December 3 as well.

Will Jim Bolen or Ashley B. available?


Your client has a interesting resume of abuse. It surprises me they would find advantage in extending.

I sure hope you have the security footage, having me wait this long when your client has already illegally destroyed evidence. two years after the offense no one will recall my existence . Key witnesses fired or bribed with promotions  ie Mr Parez

As for Schulman I thought i sent the screenshots. If you claim Is true then you should be disturbed as well

I do plan to inform the Judge with the evidence regardless if you deny, the screenshots, my trespassing citation and Dallas pd denial of evidence of my bigger concern.

Your client aided in a possible crime against human rights, and or trafficking  even if false the damage to my mental health remains. Not only was i wrongfully labeled the police officer did not property identify the suspect , noting a incorrect name and story. His motives of labeling me a harasser are not from my actions and the timing is no coincidence.

The eeoc investigator tried to imply the same thing when asking to speak to is higher in command after I asked him specifically when to submit evidence he would state at  a later time then close my case for nit enough evidence

I'd receive my right to sue and shortly after a eeoc employee would argue it' validity. Just three days shy of expiration I'd get arrested leaving my house on a mistaking identity of arms dealer later changes to traffic violation .

I really can go on all day on situations pointing to Arkansas
The worst one being a possible alliance with my cartel affiliated stepmother. I've been dealing with her for over six years . I don't want to get into southern politics but believe I will hold nothing back if forced.

She is the only beneficiary of extended trial.

A two year case when your client destroyed evidence the first week. Force me to file pro se putting me in a state of distrust  possibly bribing my sister and no doubt influencing  my own mother.

It could be my sole stepmom using my farthers wealth but the prolonged trial is unexplainable and points back to her.

I promised to focus on her after this trial an estate over 1.5 million that will end my life or have me living under a rock if falls into her position.

Im going to advertirse my story after filing a motion

Assuring that time is in no ones favor.

<u>Sent from Yahoo Mail for iPhone</u>

On Saturday, September 6, 2025, 11:26 AM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr.  Martinez,

I do not know Mr. Cary Shulman and have never even heard of him until you mentioned him in your emails. I will not continue to respond to questions regarding this issue.

Further, I have never been hostile to mediation and intend to fully comply with the Courts' Scheduling Order (attached) which contains the following deadlines related to mediation:

*01/02/2026* - Date by which the parties shall notify the court of the name, address, and telephone number of the agreed-upon mediator, or request that the court select a mediator, if they are unable to agree on one.

*02/13/2026* **Mediation must occur by this date.**

My client will agree to a ½ day zoom mediation in the first week of February.  Please let me know dates you are available.   If we cannot agree on a mediator, then the Court will appoint one.   I do have some mediators that I can recommend, or if you would prefer, we can just let the court appoint one.    You will be responsible for ½ the cost of the mediation.

**Nancy L. Waters, Esq.**
*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**
16475 Dallas Parkway
Suite 400
Addison, Texas  75001-6837
972-349-2283 - Direct
972-931-9901 - Main
972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, September 6, 2025 11:00 AM
**To:** Donna Webster <dwebster@gpd.com>; Nancy L. Waters <nwaters@gpd.com>
**Subject:** Problem with delaying trial

Curry ,Carry Schulman former lawyer who was barred for corruption. Had some detailed remarks about Nancy Waters ones that would promote the idea of a close friendship. A friendship  during this time would be inappropriate. Risking the my personal information being leaked and a conflict of interest.

PL000133

Nancy originally denied knowing my ex legal aide.

A attempt for clarification has been ignored, or overseen so I ask once more.

Is there any relation between Carry Schulman or Corry Schulman with Nancy or anyone pertaining to defendant party?

It being critical not only to the case but to my personal life and safety. I do believe there has been criminal mischief from him and his friend(s) and will be pressing charges .

Extending trial if defendant illegally destroyed evidence will bring a charge of harboring a criminal. A strong supporter indirect or direct is receiving additional time evade charges against humanity, criminal organization

Walmart would state to have discussed the concern with appropriate individual or business but stated out of  respect of privacy further details were confidential.

If defendant party seems it be necesary for another year of torture by the individuals that share Walmarts views and goals

A investigation  including
Nancy waters relation with Carry Schulman.
Carry Schulmans close friend Aaron
Flores and his connection with stepmother and organized crime.

Walmarts influence over public servants .A threat and clearly obstruction of justice occurring In two occasion

You stated not be opposed to mediation. That is inaccurate misleading and promoting a waste of time and effort.

I don't have a tolerance for liers nor will I be forced to communicate with one less expect any mutual outcome.

You have two notable lies Ms. Waters. One gave me a trespassing citation and the other has cost me to waste my time up to this day .

The third is highly possible  but until proven it remains a opinion.

I do believe your organization is responsible for the majority of my recent issues .
Having a secret alliance with organizations with a broad range of services. Indirectly

endorsing questionable individuals in hope of adding  another advantage similar to the absence of my legal representation.


 I haven't read about you but throw me a number.
I'm getting your files automatically sent but still waiting for them.

No we don't represent carmax sales  , we represent the retailer with no sympathy for its employees.

Sent from Yahoo Mail for iPhone



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Thursday, September 11, 2025 11:23:55 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: No church In Arkansas

Im surprise at you ability if it's in your favor why not the effort ?

Sent from Yahoo Mail for iPhone

On Monday, September 8, 2025, 7:16 PM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,

Considering your comments, I'm trying to be as professional and courteous as possible; however, if you do not want to mediate, I can easily file a Motion with the Court asking to be excused from mediation.

Nancy L. Waters, Esq.
Shareholder

Geary, Porter & Donovan, P.C.
16475 Dallas Parkway, Suite 400

PL000136

Addison, Texas  75001
(972) 349-2283 - Direct
(972) 931-9208 - Fax

Sent from my iPhone

---

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, September 8, 2025 6:37:38 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** No church In Arkansas

Will i be compensated for living in fear? Or for every pro Walmart pro Nancy Water mishap I avoid? We can have events and reasoning  reviewed by a profesional of your choice. (non-Arkansas resident).

A investigation on prior events while I managed to survive for next four months?

Or pay expense  of relocating ,don't get excited it won't be Mexico

Your client destoyed evidence the first week it happened and your pushing for four additional months for what exactly ?

Your illegally creating your own advantages similar to my presence here.

Walmart never gives up I get it but you can't change reality.

Sent from Yahoo Mail for iPhone

On Monday, September 8, 2025, 5:19 PM, Nancy L. Waters <nwaters@gpd.com> wrote:

> Mr.  Martinez,
>
> If you would like to mediate a day during the last two weeks in January, my calendar is fairly open during that time period as well (subject to my corporate rep's availability).
>
> **Nancy L. Waters, Esq.**

PL000137

*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**
16475 Dallas Parkway
Suite 400
Addison, Texas  75001-6837
972-349-2283 - Direct
972-931-9901 - Main
972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, September 8, 2025 3:10 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Surveillance recording

   It's mind blowing Id face so much obstacles meanwhile these walking surveillance cameras casually walk out the door.

Three days before my right to sue expired I was arrested on a mistakenly identity.

What's the reasoning of waiting's untill February?  Praying my stepmom finally  accomplishes murdering me?

Your client had a officer call me a harasser while an individual induced a day rape drug to the person I loved.

I feel unsafe , experiencing everything I have and seeing how the defendant can get away with destroying evidence,

Has me asking if I'm Next ?

Sent from Yahoo Mail for iPhone

On Monday, September 8, 2025, 12:08 PM, Nancy L. Waters <nwaters@gpd.com> wrote:

   Mr. Martinez,


   In response to your request, my client has conducted a diligent search and has been unable to locate surveillance footage that would be relevant to your alleged incident with Kendrick Day.

PL000138

Thank you,

Nancy

From: martin martinez <martinmtz92@yahoo.com>
Sent: Monday, September 8, 2025 11:36 AM
To: Nancy L. Waters <nwaters@gpd.com>
Subject: Surveillance recording

Can I get confirmation of the evidencie availability of the
previous asked surveillance recording.

My deposition will be focused on the recordings it's availability
is crucial.

It's absence while pushing for the maximum time length does
not make sense , if your client can't be trusted with evidence
why wait two years for conclusion?

Additionally your client has promoted numerous problems . A
further delay without probable cause will be viewed as aiding
in criminal activity .

Sent from Yahoo Mail for iPhone

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Thursday, September 11, 2025 11:20:56 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Surveillance recording

This happened in center isle open view,we had just received upgrades

Sent from Yahoo Mail for iPhone

On Monday, September 8, 2025, 12:08 PM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,

In response to your request, my client has conducted a diligent search and has been unable to locate surveillance footage that would be relevant to your alleged incident with Kendrick Day.

Thank you,
Nancy

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, September 8, 2025 11:36 AM

**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Surveillance recording

Can I get confirmation of the evidencie availability of the previous asked surveillance recording.
My deposition will be focused on the recordings it's availability is crucial.

It's absence while pushing for the maximum time length does not make sense , if your client can't be trusted with evidence why wait two years for conclusion?

Additionally your client has promoted  numerous problems . A further delay without probable cause will be viewed as aiding in criminal activity .

Sent from Yahoo Mail for iPhone

**Archived:** Thursday, September 11, 2025 4:50:40 PM
**From:** martin martinez
**Sent:** Monday, September 8, 2025 11:42:46 PM
**To:** Nancy L. Waters
**Subject:** Investigation of Nancy L waters
**Sensitivity:** Normal

---

I do not believe you do not know Cary Schulman .
I believe you are associated with certain individuals in the Richardson area.  One has a murder attempt possibly two.
If this continues I will personally find the investigation. I have second lawsuits that is more obvious then destroying evidence.i have funds that are tied up but still existing

Those individuals are responsible for distributing the day rape drug.

There is no doubt a connection/informant

This is not related to other matter

 a promise of commitment,

My life is valued regardless my race.

Cary Schulman stated Qurom st not sure if that has meaning since you deny knowing him

I

Sent from Yahoo Mail for iPhone

PL000143



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Thursday, September 11, 2025 9:13:33 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Reasoning for furthest date

hird, as I previously notified you, September 12, 2025 isthe deadline for you to respond to the discovery that was served on you on August 13, 2025.

I see a deadline to add parties only.
And your deposition did not include a single reference to the assault.

Your have provén yourself dishonest. There is a need for intervention. Court appropriate Ms Waters.

You wanted to dismiss this case when your client erased the main evidence. And promoted the witness on his first year of employment.  There's a handful over 7 year's invested in that warehous.

I asked for reports of productivity and you ignored.

You  sent me 30'pages of nothing.
Your extending the case as much as possible to increase the chances of something outside the courts to happen. Including my death.
Aarón Flores close friend to Carry Schulman that you deny knowing has a hire to murder attempt.  One easier to prove then the second. He is responsible for connecting Walmart with stepmother.

I don't mention thing's that aren't obvios.

 Your delay while representing a evidence tampering client is without a doubt aiding criminal activity.

There has not been no reasoning other then your confusion of "by" and "on".

No I don't live in fear because i live with a clean continuous, but I'm not living comfortably.

<u>Sent from Yahoo Mail for iPhone</u>

On Tuesday, September 9, 2025, 11:37 AM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,

This is the last time I am going to respond to questions you have about the Court's Scheduling Order (on a case that you filed) or the expectations of this Court or my client for completing written discovery, your deposition and mediation. This should cover any questions you have:

First, the Court sets the Scheduling Order. Not me. If you have an issue with the dates the Court instructed the parties to follow – please contact the Court or file a Motion. I have no control over the court-imposed dates or those imposed by the Federal Rules and I intend to follow every one of them.

Second, since you do not have an attorney or any experience litigating matters in Federal Court, you may not know that the deadlines are structured to provide the parties time to first complete discovery. I am not your attorney and will not be giving you my legal opinion on this issue. It may be beneficial for you to review the Federal Rules of Civil Procedure which outlines requirements for discovery .

Third, as I previously notified you, September 12, 2025 is the deadline for you to respond to the discovery that was served on you on August 13, 2025. In that discovery, we have requested information related to your assault allegations, treating physicians, and post Walmart employment. If you timely provide us with your verified discovery responses and relevant documents by this Friday, as is required the Federal Rules, we will order the records we need. As noted, it takes several months to obtain those third-party records via subpoena. If we don't receive your responses, it will further delay these proceedings.

Fourth, as I previously notified you, the Court's Scheduling Order permits the parties to conduct discovery until January 16, 2025. I need third party records prior to taking your deposition which has now been Noticed for December 2, 2025. You will be provided a link prior to the deposition to log into the video deposition.

I have provided you with the three-week period in January and February that I am available for a mediation. Based on your emails I am not comfortable trying to select a mediator or try to coordinate with you on selecting a mediator. Therefore, as permitted by the Court's Scheduling Order, I will be filing a Notice with the Court asking it to assign a mediator by the Court's deadline. If you decide you do not want to mediate, please let me know and I will ask the Court to be excused from mediation. Once again please note that you are responsible for paying ½ the cost of mediation.

PL000145

**Nancy L. Waters, Esq.**
*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**
16475 Dallas Parkway
Suite 400
Addison, Texas  75001-6837
972-349-2283 - Direct
972-931-9901 - Main
972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Tuesday, September 9, 2025 10:31 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Reasoning for furthest date

I don't think it's for the amusement of having to listen to me .

Your client or this law firm aided in some disturbing events . There has been no attempts to reverse the damage .

Today 9/9/2025 i  am living in fear for me and a certain individual

No reason provided for the upcoming  four month wait schedule

Sent from Yahoo Mail for iPhone

PL000146



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Tuesday, September 9, 2025 12:01 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Reasoning for furthest date

"By" a specific date does not mean "on"


I wouldn't be  asking since If it were specific date.


Sent from Yahoo Mail for grammar

On Tuesday, September 9, 2025, 11:37 AM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,


This is the last time I am going to respond to questions you have about the Court's Scheduling Order (on a case that you filed) or the expectations of this Court or my client for completing written discovery, your deposition and mediation.  This should cover any questions you have:

First, the Court sets the Scheduling Order.  Not me.  If you have an issue with the dates the Court instructed the parties to follow – please contact the Court or file a Motion.  I have no control over the court-imposed dates or those imposed by the Federal Rules and I intend to follow every one of them.

Second, since you do not have an attorney or any experience litigating matters in Federal Court, you may not know that the deadlines are structured to provide the parties time to first complete discovery.  I am not your attorney and will not be giving you my legal opinion on this issue.  It may be beneficial for you to review the Federal Rules of Civil Procedure which outlines requirements for discovery .

Third, as I previously notified you, September 12, 2025 is the deadline for you to respond to the discovery that was served on you on August 13, 2025.  In that discovery, we have requested information related to your assault allegations, treating physicians, and post Walmart employment.  If you timely provide us with your verified discovery responses and relevant documents by this Friday, as is required the Federal Rules, we will order the records we need.  As noted, it takes several months to obtain those third-party records via subpoena.  If we don't receive your responses, it will further delay these proceedings.

Fourth,  as I previously notified you, the Court's  Scheduling Order permits the parties to conduct discovery until January 16, 2025.   I need third party records prior to taking your deposition which has now been Noticed for December 2, 2025.   You will be provided a link prior to the deposition to log into the video deposition.

I have provided you with the three-week period  in January and February that I am available for a mediation.  Based on your emails I am not comfortable trying to select a mediator or try to coordinate with you on selecting a mediator. Therefore, as permitted by the Court's Scheduling Order, I will be filing a Notice with the Court asking it to assign a mediator by the Court's deadline.  If you decide you do not want to mediate, please let me know and I will ask the Court to be excused from mediation.  Once again please note that you are responsible for paying  ½ the cost of mediation.

**Nancy L. Waters, Esq.**

*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**

16475 Dallas Parkway

Suite 400

Addison, Texas  75001-6837

972-349-2283 - Direct

972-931-9901 - Main

PL000148

972-931-9208 - Fax



**GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Tuesday, September 9, 2025 10:31 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Reasoning for furthest date

I don't think it's for the amusement of having to listen to me .

Your client or this law firm aided in some disturbing events . There has been no attempts to reverse the damage .

Today 9/9/2025 i  am living in fear for me and a certain individual

No reason provided for the upcoming  four month wait schedule

Sent from Yahoo Mail for iPhone



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, September 15, 2025 7:58:36 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Deposition response pt 1

I wouldn't agree to a vague document even if you hadn't exposed my ssn.
I believe it states all my information for any party you choose.

As for my ssn that my ex employer had a duty of safe guarding , that seems like a whole other ball park.

It's no big deal for you, you get to leave these problem at your office. While they follow me everywhere. ,

 to think it's going to be two years while key evidence destroyed the same week it took place, Is a insult to our judicial system .

I have four claims against your law firm, some are not arguable.

A disturbing number of claims against Walmart allies , again some unarguable .

.

while I'm being tortured Walmart is digging deeper.

Who's gain is it to prolong the issue? My stepmom and her circus is one. There's a correlation between this issue and there assaults that Walmart seems to ignore. Luckily there's evidence available.

Speaking of evidence, why didn't you state on rule 26 that surveillance was destroyed? I believe a spoliation claim is appropriate. It happened in the busiest section and just out of luck the witness would receive the fastest promotion disregarding seniority.
"

I believe to have the right to not allow you more access to my information, if the one your displaying was without my consent of possessing or show casing

Let's not further the aiding in human rights for the gain of my defamation.

I think it's the best time to work this issue out. The only way to solve all at ounce.

We adjust to our problems.

Sent from Yahoo Mail for iPhone

On Monday, September 15, 2025, 10:51 AM, Nancy L. Waters <nwaters@gpd.com> wrote:

> Mr. Martinez,
>
> I am assuming that the documents that you attached to the below email were intended to be your responses to Defendant's Request for Interrogatories. Pursuant to the Federal Rules, you are required to verify your responses. I have attached a verification page. Please complete and return to me.
>
> Also, we did not receive your responses to Defendant's Request for Production of Documents, which were also due on September 12, 2025. Please forward those responses no later than Friday, September 19, 2025.
>
> As for the Interrogatories regarding your mental health, you have raised that as an issue in this case. My client is entitled to conduct discovery on that issue. Should you refuse to provide that relevant information, I will have no other option than to file a Motion to Compel with the Court.
>
> Thank you,
> Nancy
>
> From: martin martinez <martinmtz92@yahoo.com>
> Sent: Friday, September 12, 2025 10:23 PM

**To:** Nancy L. Waters <nwaters@gpd.com>; Donna Webster <dwebster@gpd.com>; Aleena A. Bhullar <abhullar@gpd.com>; Marla K. Wilson <mwilson@gpd.com>
**Subject:** Deposition response pt 1

I asked  for Nancy waters not be the individual to ask about my mental health, i have evidence that suggest a connection between her and friends turned rivals. The evidence is available

Sent from Yahoo Mail for iPhone

PL000152



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Friday, September 12, 2025 11:07 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Honest question

Have you ever been accused of organized crime?
I've never seen so many friends turned there back on me.

When it comes to indirect activity I seem to find the Orgin better then most.

As soon as i receive clarification on what I can advertise Im not hesitating on publicly speaking on these past events.

I have evidence  for my claims and i welcome  and will aide in any investigation .

Using someone as a pawn to a dispute Is considered human rights violation .

Destroying the main evidence and attempting to dismiss my charge is abuse and injustice.

Sent from Yahoo Mail for iPhone

PL000154



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Thursday, September 11, 2025 10:32:53 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Sanger aniversario

When I tell my friends that  I've been surviving my stepmother for six plus years they don't seem to understand what that actually means .

   I didn't neither , i had thought i wasted the last decade as if i were in a  cell. But then comes my slithering manager with a suspicious appearance.

I knew he was going to pull something off. The first time I was left scratching my head , the second time he should of been more creative.

   I have talent for unfolding and  connecting indirect activity.  I know more then what you think.

   I'm not from Texas, born and raised in suburbs of Dc. My dad would get deportred two weeks after graduating high school. And I made the mistake of following him ton Mexico.

   What that means is I have cheap friends, and a family that is better at a distance , but like all the other problems in my life i find the strengths , cold learned lesson's.

   I do have one weakness and it's her . I know that I'll be forced go forget her if i go down this path.

   Like I said before I'm a working man, i never did this for money, and it was Walmart who raises the prices not me.


 This is the last attempt of.a negotiation.
And it's only because of her. The time remaining isn't nothing but it was her safety I wanted to secure all along. We were suppose to get married back when it was suppose to end.

 My strategy was to push Dallas pd to pressure a resolution.  You need to hear my phone calls with detective to get the full

PL000155

picture of what I'm going through . They refused to provide and I was planning to add them as a party tomorrow.

You hold a full tab in my evidences report . That's the reason of it bieng the final attempt of negotiation

We both know this was a dead case from the start. I didn't make it this far too loose.

I was going to submit envidence on Sanger"s aniversity .tomorrow

Or I am

Regardless the matter business is business

Sent from Yahoo Mail for iPhone



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, September 15, 2025 8:40:03 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Deposition due date

I hadn't informed Walmart because i assumed it was your position.

It's Walmart and your law firm that should be  putting effort into resolving not me.


Sent from Yahoo Mail for iPhone


On Sunday, September 14, 2025, 6:52 PM, martin martinez <martinmtz92@yahoo.com> wrote:

What exactly can I tslk about ? Without violating the protect order?i definitely need some public attention

Sent from Yahoo Mail for iPhone


On Sunday, September 14, 2025, 5:32 PM, martin martinez <martinmtz92@yahoo.com> wrote:

I was probably there best worker , I should of been last person to endure what i did . I never thought about a lawsuit I had my own plans.

The real damage didn't happen at work. I told myself I' plant my feet and not overlook what happened. Walmart has been trying to discourage me from what? Accepting another man publicly shaming me is no big deal? I've gone through something familiar
You might not enjoy the comparison but your organization is almost identical to my stepmoms.

How is the average American going to react when they hear Walmart destroyed evidence?
Just how many times was Walmart the plaintiff and misplaced surveillance evidence?

I do live in fear because your looking for advantages where you shouldn't

Because a certain somebody is connecting two unrelated problems to make a dominant problem.

I  do not  trust you with my private information


Sent from Yahoo Mail for iPhone


On Sunday, September 14, 2025, 9:37 AM, Nancy L. Waters <nwaters@gpd.com> wrote:

> Mr. Martinez,
>
> You deposition is scheduled and has been noticed for December 2, 2025.  You have been provided a copy of the Notice and the remote deposition protocol process.
>
> You mentioned that I have ignored you request for work production.  I am not sure to what "work production" you are referring. You have not served Walmart with any formal request for documents or even identified any specific documents, dates of the records, custodians, etc.
>
> If there are documents that you are requesting Walmart produce, please serve those requests through the proper procedure so that Walmart can respond with any objections/responses as permitted pursuant to the Federal Rules of Civil Procedure.
>
> **Nancy L. Waters, Esq.**
> *Shareholder, Labor & Employment Group*
>
> **Geary, Porter & Donovan, P.C.**

PL000158

16475 Dallas Parkway
Suite 400
Addison, Texas  75001-
972-349-2283 - Direct
972-931-9901 - Main
972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Friday, September 12, 2025 5:31 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Deposition due date

Hello
This email is to clarify my deposition due date
You stated today 9/12/2025 but the scheduling orders states
different , you also stated the deposition had referenced the
assault , I do recall a question directed to the event on 3/24 .

Additionally you stated key evidence was lost and ignored my
second request for work production.L

The deposition is irrelevant in majority. the desire to extend
this to furtherest date knowing my problems and how your
clients influenced aided there growth has placed me in a state
of fear

Sent from Yahoo Mail for iPhone

PL000159



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Sunday, September 14, 2025 10:39:53 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Notice of rejection page 14 production request

Are you familiar with the term manifest destination?
It's not only for the colonization of California .

If I wasn't skipping meals ti catch up. Tom wouldn't of walked into me . If i hadn't missed a scan and forced to reprint the inventory during that specific time. Tom would of successfully fired me, wrongfully and  i would of blamed  myself infinitive.

I wouldn't of put so much effort had I known the surveillance recording was erased. I did what was possible to avoid this. Its disturbing Walmart Is still fighting .

I was born and raised in suburbs of D.C  it would make sense they would take government ,Judicial branch more serious.

FYI i dont have a medical history, most if not all my answers won't be in your likings.

Sent from Yahoo Mail for iPhone

On Sunday, September 14, 2025, 10:19 AM, martin martinez <martinmtz92@yahoo.com> wrote:

It's illegal to not censor , I'm in a state of discomfort. I forwarded the document not noticing. You probably did the same.

Sent from Yahoo Mail for iPhone

On Sunday, September 14, 2025, 9:28 AM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,

My client was your employer and therefore has your social security number.  This is a standard request for documents we use on every case.

**Nancy L. Waters, Esq.**
*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**
16475 Dallas Parkway
Suite 400
Addison, Texas  75001-6837
972-349-2283 - Direct
972-931-9901 - Main
972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, September 13, 2025 4:29 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Notice of rejection page 14 production request

Can i ask where you did you get my social security  number ?

Sent from Yahoo Mail for iPhone

On Saturday, September 13, 2025, 4:26 AM, martin martinez <martinmtz92@yahoo.com> wrote:

Anyone they May designate as their agent?

Too vague for my likings

Respectfully reject.

Sent from Yahoo Mail for iPhone



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Monday, September 15, 2025 7:58:36 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Re: Deposition response pt 1

I wouldn't agree to a vague document even if you hadn't exposed my ssn.
I believe it states all my information for any party you choose.

As for my ssn that my ex employer had a duty of safe guarding , that seems like a whole other ball
park.

It's no big deal for you, you get to leave these problem at your office. While they follow me
everywhere. ,

 to think it's going to be two years while key evidence destroyed the same week it took place, Is a
insult to our judicial system .

I have four claims against your law firm, some are not arguable.

A disturbing number of claims against Walmart allies , again some unarguable .

.

while I'm being tortured Walmart is digging deeper.

Who's gain is it to prolong the issue? My stepmom and her circus is one. There's a correlation between this issue and there assaults that Walmart seems to ignore. Luckily there's evidence available.

Speaking of evidence, why didn't you state on rule 26 that surveillance was destroyed? I believe a spoliation claim is appropriate. It happened in the busiest section and just out of luck the witness would receive the fastest promotion disregarding seniority.
"

I believe to have the right to not allow you more access to my information, if the one your displaying was without my consent of possessing or show casing

Let's not further the aiding in human rights for the gain of my defamation.

I think it's the best time to work this issue out. The only way to solve all at ounce.

We adjust to our problems.

Sent from Yahoo Mail for iPhone

On Monday, September 15, 2025, 10:51 AM, Nancy L. Waters <nwaters@gpd.com> wrote:

> Mr. Martinez,
>
> I am assuming that the documents that you attached to the below email were intended to be your responses to Defendant's Request for Interrogatories. Pursuant to the Federal Rules, you are required to verify your responses. I have attached a verification page. Please complete and return to me.
>
> Also, we did not receive your responses to Defendant's Request for Production of Documents, which were also due on September 12, 2025. Please forward those responses no later than Friday, September 19. 2025.
>
> As for the Interrogatories regarding your mental health, you have raised that as an issue in this case. My client is entitled to conduct discovery on that issue. Should you refuse to provide that relevant information, I will have no other option than to file a Motion to Compel with the Court.
>
> Thank you,
> Nancy
>
> **From:** martin martinez <martinmtz92@yahoo.com>
> **Sent:** Friday, September 12, 2025 10:23 PM

PL000163

**To:** Nancy L. Waters <nwaters@gpd.com>; Donna Webster <dwebster@gpd.com>; Aleena
A. Bhullar <abhullar@gpd.com>; Marla K. Wilson <mwilson@gpd.com>
**Subject:** Deposition response pt 1

I asked  for Nancy waters not be the individual to ask about my mental health, i have
evidence that suggest a connection between her and friends turned rivals. The
evidence is available

Sent from Yahoo Mail for iPhone

PL000164



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Wednesday, September 17, 2025 10:39:15 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Daily


   I almost ran thu the whole alphabet with my Exhibits . There's something that im dieing to figure out. There's an individual leaking  information ,

Recipient my stepmother,

I just had my license stolen so I'm not too happy about the social security incident , Im getting another opinion about how to proceed .


I

Yahoo Mail: Search, Organize, Conquer

PL000166



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Friday, September 19, 2025 5:59 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Carry schulman

Could be a distraction, Mr. Schumann is a close friend of Aaron Flores who is a known to work with my stepmom. Either way it should be as disturbing to you  as it is to me .

I apologize if I get caught up in the moment. If I sound impolite, impatient no doubt . I'm currently disabled dealing with two large influenced that have seemed to surround me at times.

Yahoo Mail: Search, Organize, Conquer



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Sunday, September 21, 2025 6:23:01 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** 12/24 police report



Un lirio en la parte baja del pecho.

Un tatuaje grande en el cuello que dice "Pablo".

Cualquier información sobre su paradero puede ser reportada a los números de emergencia al 911.

La comunidad puede ayudar compartiendo esta información para aumentar la posibilidad de encontrarla.

Etiquetas / Enlaces relacionados:
**#Desaparecido #ReynosaTamaulipas #México**

PL000169

# #HasVistoA #UrgenteCompartir #AyudaSocial #NoMasDesaparecidos



 2.4K                    582 comments   4.5K shares

 Like              Comment              Share



5:49    91°  ⏬  🛡        ⏰  ⊖  📶 5G 🔋

From your messages.



### MiFrontera
4d · 🌐                                    •••    ✕

Se busca a Miranda Saavedra Cáceres, desaparecida en Reynosa, Tamaulipas

By Staff **mifrontera.net**

La familia y autoridades solicitan apoyo para localizar a Miranda Saavedra Cáceres, conocida como Bombón, quien no ha sido localizada desde junio en Reynosa, Tamaulipas.

La joven tiene los siguientes tatuajes que podrían ayudar a identificarla:

Un lirio en la parte baja del pecho.

Un tatuaje grande en el cuello que dice "Pablo".

Cualquier información sobre su paradero puede ser reportada a los números de emergencia al 911.

PL000171

La comunidad puede ayudar compartiendo esta información para aumentar la posibilidad de encontrarla.

Etiquetas / Enlaces relacionados:
#Desaparecido #ReynosaTamaulipas #México #HasVistoA #UrgenteCompartir #AyudaSocial #NoMasDesaparecidos



It relates to your client as they had pushed for my defamation when I had attempted to raise attention 12,

Yahoo Mail: Search, Organize, Conquer



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Tuesday, September 23, 2025 11:08 PM
**To:** Nancy L. Waters <nwaters@gpd.com>; Marla K. Wilson <mwilson@gpd.com>; Donna Webster <dwebster@gpd.com>
**Subject:** Re: Dallas PD

There is an individual connecting organized crime with Walmart.

-not an opinion

There is an individual connecting Walmart with my stepmother..

- not an opinion

There is an individual connecting Aaron Flores. , Cary Schulman with Walmart.

-not a opinion

I had searched my phone to include the video of Aaron Flores stating I would probably be shot but to my surprise it was already labeled confidential
.

I don't have a mother in law i confuse the wording. I'm including  more photos that you may want to label confidential. &

The girl missing I am almost certain is Vanessa's sister. The person who the overly aggressive evidence destroying defending law firm has stopped
me from helping .



PL000174



PL000175

 5:50 

Un lirio en la parte baja del pecho.

Un tatuaje grande en el cuello que dice "Pablo".

Cualquier información sobre su paradero puede ser reportada a los números de emergencia al 911.

La comunidad puede ayudar compartiendo esta información para aumentar la posibilidad de encontrarla.

Etiquetas / Enlaces relacionados:
**#Desaparecido #ReynosaTamaulipas #México #HasVistoA #UrgenteCompartir #AyudaSocial #NoMasDesaparecidos**



2.4K                582 comments   4.5K shares

PL000176



PL000177





PL000178



PL000179



**12:16**

+1 (214) 766-4208

a week

Tell ur mother in law I said thank u for the heads up about u

Are you stuffed with money like a piñata? And I'll get my money you owed back

You can send her a letter she'll be somewhere similiar



Yahoo Mail: Search, Organize, Conquer



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Tuesday, September 23, 2025 10:09:09 PM
**To:** Nancy L. Waters <nwaters@gpd.com>; Marla K. Wilson <mwilson@gpd.com>; Donna Webster <dwebster@gpd.com>
**Subject:** Re: Dallas PD

It's actually more terrifying when Nancy doesn't communicate.. based off previous experiences I have good reasoning as why I'm living in fear.

 By February doesn't mean on February. Clarification Spanish was my second language not first..

Yahoo Mail: Search, Organize, Conquer

On Tue, Sep 23, 2025 at 9:45 PM, martin martinez
<martinmtz92@yahoo.com> wrote:

Yahoo Mail: Search, Organize, Conquer

**Archived:** Sunday, September 28, 2025 10:51:28 AM
**From:** martin martinez
**Sent:** Saturday, September 27, 2025 4:19:51 PM
**To:** Marla K. Wilson
**Subject:** Re: Martin Martinez v. Wal-Mart Associates, Inc., et al - Defendants' Supplemental Document Production
**Response requested:** Yes
**Sensitivity:** Normal



What's number  is it

She never told me

Sir, let's solve this problem or you and
your family will pay the consequences. I
have your location and that of your
relatives too

You think it's a damn game

I lost three VIP customers because of him
a payment of three thousand

Zelle o Apple Pay o c app ?

⊕   The ok                                     ☺  

<   O   □



1:19

(469) 559-2745

¿Cómo vamos a resolver este problema para mejor por teléfono o para peor en persona?

What do You want and why me

I lost three VIP customers because of you and you have to pay me my money or you and your family will suffer the consequences

Three?

Who are you talking about

PL000184

I lost three VIP customers because of him
a payment of three thousand

Zelle o Apple Pay o cash app ?

But who are you talking about

I think you got the wrong number

Sir, you used your photo contact the

⊕  The ok                                    ☺   

‹              ◯              ▢



←      (469) 559-2745              📞   ⋮

Thursday • 8:27 PM

PL000185

**Texting with (469) 559-2745 (SMS/MMS)**

(Look man, you have a problem with us and we have to solve it right now. Iam the boss and representative of all the prostitutes. You contacted several of them, they wasted their time, I lost money, and this is business. If you don't answer my messages or calls, you're going to be in serious trouble. Your family will pay. You decide how you want to solve it. Neither the police nor anyone else will be able to help you. Let me know if you want to solve it by phone or in person (I have all your information and that of your family).*)

**RCS chat with (469) 559-2745**





PL000187



PL000188





RCS chat with (682) 816-1344

Do You  find confort bdhind your phonw6

9:38 AM

 RCS message            

PL000190



(682) 816-1344

Yesterday • 6:44 PM

Texting with (682) 816-1344 (SMS/MMS)

You better answer. I have a murder order against you and your family for wasting my girl's time and offending my organization. Not answering, blocking me, won't solve anything, anyway, my organization will go in your search if you don't pay the girls' time.



PL000191



RCS message

PL000192






PXL_20250602_174258851_M...

PL000193





Can we add these pictures ,? There from the same individual thst was rewarded while i was labled a harrasser.

Walmart forced me to get another line . It's not random.

Yahoo Mail: Search, Organize, Conquer

On Mon, Sep 22, 2025 at 1:43 PM, Marla K. Wilson <mwilson@gpd.com> wrote:

I'm using Mimecast to share large files with you. Please see the attached instructions.

**\*Sent on behalf of Nancy Waters\***

Good afternoon, Mr. Martinez,

As I indicated in my prior email this afternoon, attached is link to Defendants' Supplemental Document Production, which contains documents that Defendants have designated CONFIDENTIAL and which are subject to

PL000195

the Protective Order entered by the Court. The attached link also contains a link to certified records obtained from the Texas Workforce Commission.

This email is being sent via our firm's secure Large File Send system. Please let us know if you are unable to access the documents.

Thank you.

Sincerely,
**Marla Wilson**

Legal Assistant to Nancy L. Waters, Shareholder
Geary, Porter & Donovan, P.C.
16475 Dallas Parkway
Suite 400
Addison, Texas 75001
Office: (972) 931-9901
Direct: (972) 349-2236
Fax: (972) 931-9208
mwilson@gpd.com



**GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS



## You've been sent large files

Marla K. Wilson sent you large files. Download them before Mon, 22 Dec 2025 00:59 -0500.

Files

**2025.09.22 DEFENDANTS' SUP...DUCTION.zip** (271.3 MB)

Download Files

© 2016 - 2025 Mimecast Services Limited and affiliates. The information contained in this communication is confidential and may be legally privileged. It is intended solely for use by the intended recipient. If you are not the intended recipient, or authorized to receive it, any disclosure, copying, distribution or reliance of the contents of this information is strictly prohibited. For information about how your personal data is processed through this service, read the Mimecast Large File Send Privacy Statement.

PL000196



PL000197



From: martin martinez <martinmtz92@yahoo.com>
Sent: Saturday, September 27, 2025 11:25 PM
To: Nancy L. Waters <nwaters@gpd.com>
Subject: RE: Addition to evidence

Once again means you have told me before . And  you stated client not others in your firm the first time ..
It's a job for you but it's my life. I do pay attention to details and am not illiterate as you hoped for.

You can cancel any meditation set  for 2026. Having me experience another holiday like previous years I'll want the world to know . To get a better
illustration of what Walmart is , of who you defend..


No body should have to experience what I'm living thru.
I blame Walmart 100%
25 years representing Walmart
 meaning my motion for unethical conduct were most likely reruns on previous victims.

I'm not the one pushing new boundaries. I simply respond.
 The messages i received justify me speaking on walmarts hidden allies.


I will communicate with court on what exactly can be displsyed. The general public will support me




,



.



PL000199



PL0002



Yahoo Mail: Search, Organize, Conquer

On Sat, Sep 27, 2025 at 7:38 PM, Nancy L. Waters
<nwaters@gpd.com> wrote:

Mr. Martinez,

You are once again notified that you are prohibited from communicating with anybody else in my Firm except for me. Further, you are instructed to
IMMEDIATELY refrain from sending any graphic and violent photos.

PL000201

**Nancy L. Waters, Esq.**

*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**

16475 Dallas Parkway

Suite 400

Addison, Texas  75001-6837

972-349-2283 - Direct

972-931-9901 - Main

972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, September 27, 2025 6:45 PM
**To:** Marla K. Wilson <mwilson@gpd.com>; Nancy L. Waters <nwaters@gpd.com>; Donna Webster <dwebster@gpd.com>
**Subject:** Addition to evidence

I noticed late brother/dog pictures listed as evidence.  I assumed You could use more seeing he was unrelated to the issue . At least not until Cary Schulmans close friend Aarón Flores poisoned him..

The pdf file  is the topic of
Nancy Waters. Id assumed a more concerned reaction seeing how  they don't know each other.

Those death threats happened and stopped at a convincing time . Not to mentionthree mysterious blacklisting causing me to switch devices . There was only one or two people with my phone number .

I know Walmart and Nancy don't care but everyone else does .

Why do I get a sense my problems wouldn't exist if I wasn't in this civil suite?
Illegal discouragement.

The author of those messages is a cartel noreste affiliated . Has tried to provoke a Walmart advantage multiple times. His uncle a 6845 employee.

Is he being protected by your client ?

A letter to Washington ?

If there can be a detective assigned to me rehoming a dog why can't there be one assigned to a human trafficker

Yahoo Mail: Search, Organize, Conquer

On Tue, Sep 23, 2025 at 4:22 PM, martin martinez
<martinmtz92@yahoo.com> wrote:

> I still can't figure out Walmarts defense, being in the situation I am now brothers me more them imaginable.
>
> The deposition questions are irrelevant in most  and not a legitimate reason to not  move forward.

The case should of ended the day  they destroyed the surveillance recording.

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Martin Martinez" <pugmaster2022@gmail.com>
**To:** "martinmtz92@yahoo.com" <martinmtz92@yahoo.com>
**Cc:**
**Sent:** Tue, Sep 23, 2025 at 4:10 PM
**Subject:** spioilk

PL000203



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, September 27, 2025 11:25 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** RE: Addition to evidence

Once again means you have told me before . And  you stated client not others in your firm the first time ..
It's a job for you but it's my life. I do pay attention to details and am not illiterate as you hoped for.

You can cancel any meditation set  for 2026. Having me experience another holiday like previous years I'll want the world to know . To get a better illustration of what Walmart is , of who you defend..

No body should have to experience what I'm living thru.
I blame Walmart 100%
25 years representing Walmart
 meaning my motion for unethical conduct were most likely reruns on previous victims.

I'm not the one pushing new boundaries. I simply respond.
 The messages i received justify me speaking on walmarts hidden allies.

I will communicate with court on what exactly can be displsyed. The general public will support me





PL000206

Yahoo Mail: Search, Organize, Conquer

On Sat, Sep 27, 2025 at 7:38 PM, Nancy L. Waters
<nwaters@gpd.com> wrote:

Mr. Martinez,

You are once again notified that you are prohibited from communicating with anybody else in my Firm except for me. Further, you are instructed to IMMEDIATELY refrain from sending any graphic and violent photos.

**Nancy L. Waters, Esq.**

*Shareholder, Labor & Employment Group*

**Geary, Porter & Donovan, P.C.**

16475 Dallas Parkway

Suite 400

Addison, Texas  75001-6837

972-349-2283 - Direct

972-931-9901 - Main

972-931-9208 - Fax

 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, September 27, 2025 6:45 PM
**To:** Marla K. Wilson <mwilson@gpd.com>; Nancy L. Waters <nwaters@gpd.com>; Donna Webster <dwebster@gpd.com>
**Subject:** Addition to evidence

I noticed late brother/dog pictures listed as evidence. I assumed You could use more seeing he was unrelated to the issue . At least not until Cary Schulmans close friend Aarón Flores poisoned him..

The pdf file is the topic of
Nancy Waters. Id assumed a more concerned reaction seeing how they don't know each other.

Those death threats happened and stopped at a convincing time . Not to mentionthree mysterious blacklisting causing me to switch devices . There was only one or two people with my phone number .

I know Walmart and Nancy don't care but everyone else does .

Why do I get a sense my problems wouldn't exist if I wasn't in this civil suite?
Illegal discouragement.

PL000207

The author of those messages is a cartel noreste affiliated . Has tried to provoke a Walmart advantage multiple times. His uncle a 6845 employee.

Is he being protected by your client ?

A letter to Washington ?

If there can be a detective assigned to me rehoming a dog why can't there be one assigned to a human trafficker

Yahoo Mail: Search. Organize. Conquer

On Tue, Sep 23, 2025 at 4:22 PM, martin martinez
<martinmz92@yahoo.com> wrote:

I still can't figure out Walmarts defense, being in the situation I am now brothers me more them imaginable.

The deposition questions are irrelevant in most  and not a legitimate reason to not  move forward.

The case should of ended the day  they destroyed the surveillance recording.

Yahoo Mail: Search. Organize. Conquer

----- Forwarded Message -----
From: "Martin Martinez" <pugmaster2022@gmail.com>
To: "martinmz92@yahoo.com" <martinmz92@yahoo.com>
Cc:
Sent: Tue, Sep 23, 2025 at 4:10 PM
Subject: spiosfk

PL000208



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, September 27, 2025 8:08 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** RE: Addition to evidence

I received those photos on my phone number they are evidence of my ongoing abuse.
The email where the evidence had been sent was not nwateres so I suggest you don't communicate with other emails and implement the same suggestions .

Those pictures bothered you ? Imagine if you were the only outsider to know the victim . Those messages were sent and halted at specific times.

They are considered evidence . I wanted them logged .

Yahoo Mail: Search, Organize, Conquer

On Sat, Sep 27, 2025 at 7:38 PM, Nancy L. Waters <nwaters@gpd.com> wrote:

Mr. Martinez,

You are once again notified that you are prohibited from communicating with anybody else in my Firm except for me.  Further, you are instructed to <u>IMMEDIATELY</u> refrain from sending any  graphic and violent photos.


**Nancy L. Waters, Esq.**

*Shareholder, Labor & Employment Group*


**Geary, Porter & Donovan, P.C.**

16475 Dallas Parkway

Suite 400

Addison, Texas  75001-6837

972-349-2283 - Direct

972-931-9901 - Main

972-931-9208 - Fax


 **GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

---

**From:** martin martinez <<u>martinmtz92@yahoo.com</u>>
**Sent:** Saturday, September 27, 2025 6:45 PM
**To:** Marla K. Wilson <<u>mwilson@gpd.com</u>>; Nancy L. Waters <<u>nwaters@gpd.com</u>>; Donna Webster <<u>dwebster@gpd.com</u>>
**Subject:** Addition to evidence


I noticed late brother/dog pictures listed as evidence.  I assumed You could use more seeing he was unrelated to the issue . At least not until Cary Schulmans close friend Aarón Flores poisoned him..

The pdf file  is the topic of
Nancy Waters. Id assumed a more concerned reaction seeing how  they don't know each other.

Those death threats happened and stopped at a convincing time . Not to mentionthree mysterious blacklisting causing me to switch devices . There was only one or two people with my phone number .

PL000210

I know Walmart and Nancy don't care but everyone else does .

Why do I get a sense my problems wouldn't exist if I wasn't in this civil suite?
Illegal discouragement.

The author of those messages is a cartel noreste affiliated . Has tried to provoke a Walmart advantage multiple times. His uncle a 6845 employee.

Is he being protected by your client ?

A letter to Washington ?

If there can be a detective assigned to me rehoming a dog why can't there be one assigned to a human trafficker

Yahoo Mail: Search, Organize, Conquer

On Tue, Sep 23, 2025 at 4:22 PM, martin martinez <martinmtz92@yahoo.com> wrote:

> I still can't figure out Walmarts defense, being in the situation I am now brothers me more them imaginable.
>
> The deposition questions are irrelevant in most  and not a legitimate reason to not  move forward.
>
> The case should of ended the day  they destroyed the surveillance recording.
>
> Yahoo Mail: Search, Organize, Conquer
>
> > ----- Forwarded Message -----
> > **From:** "Martin Martinez" <pugmaster2022@gmail.com>
> > **To:** "martinmtz92@yahoo.com" <martinmtz92@yahoo.com>
> > **Cc:**
> > **Sent:** Tue, Sep 23, 2025 at 4:10 PM
> > **Subject:** spioilk

 **Outlook**



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, October 4, 2025 10:17:16 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Katherine hunker

It's no wonder Walmart is penny pinching , they hired a whole team pretending to be my friend. Talk about mental health, you don't haven attentions settling your thinking outside the legal boundaries.

Time to be loud and anoxias. Did I hear podcast?

Katherine is a employment lawyer as well, I hope you didn't cross boundaries like with me.

Things will get interesting fem here out.

PL000212

Sent from Yahoo Mail for iPhone

PL000213



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Thursday, October 2, 2025 9:00:00 AM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Final presentation over due

Is it a boy or girl?
Small world huh , I finally figured it out.
Katherine Durham , and Daniel from Richardson. Family or  friends minimum one. They employ Aarron Flores and Jayden.  Arron then employs  Osmar Mendoza. A organized ring of petty.

All together your team has made my life miserable for the last year. I believe Aaron had employed murder for hire at least once. Now that could of been anyone who sponsored it .

I understand your effort to dismiss my case after evidences tampering now. Anything Is possible when working outside your legal limits.

Too counter the petty I was going to submit the report on your return. But I can't possibly wait another 24 hours.

I thought Daniel had supplied ghb to Arron who supplied Osmar?

Who knows when the play is script

Sent from Yahoo Mail for iPhone

PL000215



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Tuesday, September 23, 2025 10:09:09 PM
**To:** Nancy L. Waters <nwaters@gpd.com>; Marla K. Wilson <mwilson@gpd.com>; Donna Webster <dwebster@gpd.com>
**Subject:** Re: Dallas PD

It's actually more terrifying when Nancy doesn't communicate.. based off previous experiences I have good reasoning as why I'm living in fear.

By February doesn't mean on February. Clarification Spanish was my second language not first..

Yahoo Mail: Search, Organize, Conquer

On Tue, Sep 23, 2025 at 9:45 PM, martin martinez
<martinmtz92@yahoo.com> wrote:

Yahoo Mail: Search, Organize, Conquer



**From:** martin martinez <martinmtz92@yahoo.com>
**Sent:** Saturday, October 4, 2025 10:17:16 PM
**To:** Nancy L. Waters <nwaters@gpd.com>
**Subject:** Katherine hunker

It's no wonder Walmart is penny pinching , they hired a whole team pretending to be my friend. Talk about mental health, you don't haven attentions settling your thinking outside the legal boundaries.

Time to be loud and anoxias. Did I hear podcast?

Katherine is a employment lawyer as well, I hope you didn't cross boundaries like with me.

Things will get interesting fem here out.

Sent from Yahoo Mail for iPhone

PL000217