IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARTIN MARTINEZ § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> WAL-MART ASSOCIATES, INC., § <br> WAL-MART STORES, INC. and § <br> SAM'S WEST, INC. d/b/a SAM'S CLUB § <br> § <br> Defendants. § | Civil Action No. 4:25-cv-00331-SDJ-AGD |

## PROTECTIVE ORDER

On this day Defendants' Motion for Protective Order (Doc. No. ___) came on for consideration. For good cause shown under Federal Rule of Civil Procedure 26(c), the Court hereby grants Defendants' Motion for Protective Order and enters the following Protective Order:

Effective as of the date of this Protective Order, p*ro se* Plaintiff, Martin Martinez, is prohibited from taking any of the following actions:

(a) Contacting or attempting to contact or communicate with any member of Defendants' Counsel's law firm, Geary, Porter & Donovan, PC,, other than Defendants' Lead Counsel, Nancy Waters ("Defendants' Lead Counsel");

(b) Contacting or attempting to contact or communicate with any associate who works at Walmart;

(c) Sending more than two (2) emails per week to Defendants' Lead Counsel; and the content of any such email must <u>only</u> include information or attached documents directly relevant to the time period when Plaintiff was employed with Walmart and the claims that Plaintiff has asserted in this matter, namely, race discrimination, interference with his rights under FMLA, and assault and battery;

(d) Sending any email communications to Defendants' Lead Counsel that contain any threats, accusations of conspiracy or discussion of matters that have occurred since Plaintiff's employment with Walmart was terminated (other than information regarding his employment since leaving Walmart and/or any medical treatment relevant to damages);

(e) Sending any emails, audio or documents to Defendants' Lead Counsel that contain graphic depictions or descriptions;

(f) Harassing or threatening Defendants' Lead Counsel or any member of Defendants' Lead Counsel's staff or law firm, either directly or indirectly; or

(g) Entering the premises of Defendants' Lead Counsel's law firm in Addison, Texas, except with the knowledge and specific permission of Defendants' Lead Counsel and for a purpose specifically related to this litigation.

Violation of any provision of this Protective Order will subject *pro se* Plaintiff to contempt proceedings.

The provisions of this Protective Order shall remain in full force and effect during the pendency of this litigation or until further order of the Court.

IT IS SO ORDERED.