IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARTIN MARTINEZ | § | |
| | § | |
| v. | § | NO. 4:25-CV-00331-SDJ-BD |
| | § | |
| WALMART ASSOCIATES INC., *et al.* | § | |

## ORDER

The parties must appear at **3:30 p.m. on Monday, November 24, 2025**, at the United States Courthouse, 7940 Preston Road, Courtroom 108, Plano, Texas 75024, for a hearing on plaintiff Martin Martinez's "Motion for hearing - judgement," Dkt. 37, and motion to appoint counsel, Dkt. 38.

So **ORDERED** and **SIGNED** this 13th day of November, 2025.

_____
Bill Davis
United States Magistrate Judge